UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS


MICHAEL A. FATUROTI,                    )
         Petioner,                        )
                                          )        Civil Action No.
v.                                      )        04-11791-MJD
                                          )
IMMIGRATION AND CUSTOMS                 )
ENFORCEMENT,                            )
         Respondent.                      )
                                          )
                                          )
                                          )


**MOTION TO EXTEND THE TIME TO FILE AN ANSWER OR
OTHER RESPONSIVE PLEADING**

      The Respondent requests that the time to file an answer or other responsive pleading be

extended until November 24, 2004.  As grounds for the request, the Respondent states that the

instant Petition was received by the United States Attorney's Office on or about September 23,

2004.  The time requested (sixty days) is that ordinarily allowed to the United States to answer

or otherwise respond to a civil action, <u>see</u> Fed. R. Civ. P. 12(a)(3)(A), and is reasonably

necessary to appropriately investigate and respond to the allegations in this matter.

Wherefore, the Respondent requests that the time to file an answer or other responsive pleading be extended until November 24, 2004.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

/s/ Mark J. Grady
MARK J. GRADY
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA  02210
Tel. No. (617) 748-3136

**Certificate of Compliance**

I hereby certify that on September 27, 2004, I attempted to contact the Petitioner at the phone number listed on the Court's docket.  That call was answered by a series of beeps.  I was unable to reach the Petitioner.

/s/ Mark J. Grady
Mark J. Grady
Assistant United States Attorney

**Certificate of Service**

IT IS HEREBY CERTIFIED that on this 27th day of September 2004 service of the foregoing Motion has been made upon the following by depositing a copy in the United States mail, postage prepaid to, Michael Faturoti, PO Box 230013, Boston, MA 02123.

/s/ Mark J. Grady
Mark J. Grady
Assistant United States Attorney