Michael A. Faturoti
P.O. Box 230013
Boston, MA 02123-0013

Sep. 20, 2004

617 442-7312

United States District Court
District Court of Massachusetts
United States Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Attn.: Office of the Clerk

I am writing to enquire about an "Order Of Reference" regarding a "FATUROTI V. IMMIGRATION AND CUSTOM ENFORCEMENT" action CA/CR 04cv11791NG notice I received in the mail. The action dated 9/8/2004 is "Referred for full pretrial case management, including all dispositive motions, is being referred to Magistrate Judge Dein. The notice of action was signed by Jennifer Filo, Deputy Clerk. A copy is enclosed.

I studied 28 U.S.C. §636 and found out that it is about United States Judges' jurisdictions, powers and temporary assignment and I wonder which of the subsections applies to Case No: 1: 04-cv-11791.

I shall be glad if your office can explain what the specifics of this action is all about. Does it have anything to do with my **petition for judicial review**, MBD No. 97-10605-NG, sir?

Thank you very much.

Sincerely,

Michael Faturoti.                09/20/2004.

**Case Name:   Faturoti v. Immigration and Customs Enforcement**

**Case Number:   1:04-cv-11791**

Michael A. Faturoti
P.O. Box 230013
Boston, MA 02123-0013

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## ORDER OF REFERENCE

Check if previously referred

___FATUROTI___

V.                                                         CA/CR No. ___04cv11791NG___

IMMIGRATION AND CUSTOMS ENFORCEMENT            Criminal Category _____

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge _Dein_ for the following proceedings:

(A)   ✓     Referred for full pretrial case management, including all dispositive motions.

(B)         Referred for full pretrial case management, not including dispositive motions:

(C)         Referred for discovery purposes only.

(D)         Referred for Report and Recommendation on:

  ( ) Motion(s) for injunctive relief
  ( ) Motion(s) for judgment on the pleadings
  ( ) Motion(s) for summary judgment
  ( ) Motion(s) to permit maintenance of a class action
  ( ) Motion(s) to suppress evidence
  ( ) Motion(s) to dismiss
  ( ) Post Conviction Proceedings[1]
  See Documents Numbered: _____

(E)         Case referred for events only. See Doc. No(s). _____
(F)         Case referred for settlement.

(G)         Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
  ( ) In accordance with Rule 53, F.R.Civ.P.
  ( ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(H)         Special Instructions: _____

___9/8/2004___                          By:    ___/s/ Jennifer Filo___
Date                                           Deputy Clerk

(oref.wpd - 05/2003)

---

[1] See reverse side of order for instructions