ID#: C1USA091985991　　　　　　　　　　　　　　　Michael A. Faturoti
1:04-cv-11791 - NG　　　　　　　　　　　　　　　　P.O. Box 230013
　　　　　　　　　　　　　　　　　　　　　　　　BOSTON, MA 02123-0013
October 4, 2004　　　　　　　　　　　　　　　　　617 442-7312

United States District Court
District of Massachusetts
United States Magistrate's Court
United States Courthouse
1 Courthouse Way, Suite 6400
Boston, MA  02210

Attn.: Honorable Magistrate Judge Judith Gail Dein

Notice of electronic filing concerning Her Honorable Judith Gail Dein's Electronic Order Granting Motion for Extension of Time on the Respondent's Response to Petitioner's Petition for Judicial Review till Nov. 24, 2004 has been received.

May I remind Her Honorable Judge Judith G. Dein to include in her decision to please, make form N-445: Notice of Naturalization Oath Ceremony available to the Petitioner before the November 24, 2004 deadline so as to facilitate the process, Your Honor, especially if that is the purpose of that date?

It is my understanding that after the District Court's Decision on the Petition for Judicial Review, completing, filing and submitting Form N-445 follows Certification by the INS as a citizen candidate. Making this form available will enable the petitioner to know when and how much to pay.

I shall be grateful if the Honorable Judge Judith G. Dein can also enlighten the citizen candidate on the fee for Form N-555: Naturalization Certificate in case the Oath successfully takes place.

Thank you very much.

Sincerely,

Michael Faturoti.

10-06-2004.