UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS


MICHAEL A. FATUROTI,                    )
        Petioner,                    )
                                        )         Civil Action No.
v.                                      )         04-11791-MJD
                                        )
IMMIGRATION AND CUSTOMS                  )
ENFORCEMENT,                            )
        Respondent.                  )
                                        )
                                        )
                                        )


**MOTION TO EXTEND THE TIME TO FILE AN ANSWER OR
<u>OTHER RESPONSIVE PLEADING</u>**

      The Respondent requests that the time to file an answer or other responsive pleading be extended until December 31, 2004.  The instant Petition was received by the United States Attorney's Office on or about September 23, 2004.   The court has previously granted one extension to allow the United States its customary sixty days to answer or otherwise respond to a civil action, <u>see</u> Fed. R. Civ. P. 12(a)(3)(A).

      As grounds for the request, the Respondent states that the instant request is reasonably necessary to appropriately investigate and respond to the allegations in this matter and, further, the United States hopes that the intervening period may allow for resolution of this matter without the need for court action.

Wherefore, the Respondent requests that the time to file an answer or other responsive pleading be extended until December 31, 2004.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

 /s/ Mark J. Grady
MARK J. GRADY
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA   02210
Tel. No. (617) 748-3136

**Certificate of Compliance**

I hereby certify that on November 23, 2004, I attempted to contact the Petitioner at the phone number listed on the Court's docket.  That call was answered by a series of beeps and appears to be a fax or modem line.  I was unable to reach the Petitioner.

 /s/ Mark J. Grady
Mark J. Grady
Assistant United States Attorney

**Certificate of Service**

IT IS HEREBY CERTIFIED that on this 23rd day of November 2004  service of the foregoing Motion has been made upon the following by depositing a copy in the United States mail, postage prepaid to, Michael Faturoti, PO Box 230013, Boston, MA 02123.

 /s/ Mark J. Grady
Mark J. Grady
Assistant United States Attorney