UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL A. FATUROTI,<br>      Petioner, | )<br>)<br>) |
| v. | )    Civil Action No.<br>)    04-11791-MJD |
| IMMIGRATION AND CUSTOMS<br>ENFORCEMENT,<br>      Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>) |

**THIRD MOTION TO EXTEND THE TIME TO FILE AN ANSWER OR
OTHER RESPONSIVE PLEADING**

The Respondent requests that the time to file an answer or other responsive pleading be extended until January 31, 2005.[1]

As grounds for the request, the Respondent states that the Respondent (unsuccessfully) proposed a resolution of this matter which Respondent believed would address the Plaintiff's allegation of error in the denial of his naturalization application and which would obviate the need for further action by this court. Having discussed the issue with Petitioner, however, it does not appear that agreement can be reached.

By way of brief explanation, Mr Faturoti contends, *inter alia*, that in denying his application for naturalization, immigration officials improperly relied upon information contained in his application for temporary resident status under the Special Agricultural Worker[2]

---

[1] Undersigned counsel notes that, through inadvertence, he allowed the previous extension, through December 31, 2004, to lapse.

[2] In 1986, Congress undertook to draft legislation to account for the fact that millions of illegal immigrants had been living and working in the United States for several years and

program. Mr. Faturoti contends that in denying his application for naturalization, immigration officials improperly[3] relied upon alleged fraud in his 1988 application.

The Respondent proposed that the matter be remanded by agreement, that the Petitioner be re-interviewed and that his application be processed without reference to the materials contained in the Petitioner's SAW application. The Petitioner, however, refused to agree to <u>any</u> resolution of this matter.

Respondent acknowledges that it has allowed the prior extension to expire through inadvertence but suggests, as evidenced by the foregoing, that it has been otherwise diligently pursuing resolution of this matter.

In light of the inability of the parties to reach agreement, Respondent requests an additional extension to prepare a motion to dismiss or to remand this matter.

---

amended the Immigration and Naturalization Act to legalize the immigration status of certain categories of these aliens. One category of such aliens were migrant agricultural workers for whom Congress created the "Special Agricultural Worker" or "SAW" program. H.R. Rep. 99-682(I), at 83-85 (1986), reprinted in 1986 U.S.C.C.A.N. 5649, 5687-89.

Under the SAW program, a worker could apply for "temporary resident" immigration status during a specified eighteen-month period if he could prove both that he has resided in the United States and that he performed "seasonal agricultural services" in the United States for at least ninety days during the period from May 1, 1985 to May 1, 1986. <u>See</u> 8 U.S.C. § 1160(a)(1). After a fixed period of either one or two years, depending on the number of applicants, those temporary resident workers would automatically receive permanent resident status. <u>Id</u>. at § 1160(a)(2).

[3]The statute prohibited the government from using "the information furnished by the applicant pursuant to an application filed under this section for any purpose other than to make a determination on the application...." 8 U.S.C. § 1160(b)(6)(A)(i).

Wherefore, the Respondent requests that the motion be allowed.

>Respectfully submitted,
>MICHAEL J. SULLIVAN
>United States Attorney
>
> /s/ Mark J. Grady
>MARK J. GRADY
>Assistant U.S. Attorney
>U.S. Attorney's Office
>John Joseph Moakley U.S. Courthouse
>1 Courthouse Way, Suite 9200
>Boston, MA   02210
>Tel. No. (617) 748-3136

**Certificate of Compliance**

I hereby certify that on January 5, 2005, I spoke to Petitioner Faturoti concerning resolution of this matter but was unable to come to agreement.

> /s/ Mark J. Grady
>Mark J. Grady
>Assistant United States Attorney

**Certificate of Service**

IT IS HEREBY CERTIFIED that on this 5th day of January 2005  service of the foregoing Motion has been made upon the following by depositing a copy in the United States mail, postage prepaid to, Michael Faturoti, PO Box 230013, Boston, MA 02123.

> /s/ Mark J. Grady
>Mark J. Grady
>Assistant United States Attorney