U.S. Department of Justice
Immigration and Naturalization Service

Decision on Application for Naturalization

---

Name and Address of Applicant        File:   A91 985 991

Michael A. Faturoti
P.O. Box 230013                       Date:   09/11/97
Astor Station
Boston, MA   02123-0013

---

## DECISION

On March 18, 1996, you appeared for an examination on your application for naturalization, which was filed in accordance with Section 316(a) of the Immigration and Nationality Act.

Pursuant to the investigation and examination of your application, it is determined that you are ineligible for naturalization for the following reason(s):

S E E       A T T A C H E D

If you desire to request a review hearing on this decision pursuant to Section 336(a) of the Act, you must file a request for a hearing within 30 days of this notice. If no request is filed within the time allowed, this decision is final. A request for hearing may be made to the District Director, with the Immigration and Naturalization Service office which made the decision, on Form N-336, Request for Hearing on a Decision in Naturalization Proceeding under Section 336 of the Act, together with a fee of $110.00. A brief or other written statement in support of your request may be submitted with the Request for Hearing.

Any questions which you may have may be answered by the Service office nearest your residence, or at the address shown in the heading of this letter.

Sincerely,

Steven J. Farquharson
District Director

On March 18, 1996, you were interviewed under oath concerning your application for naturalization which was filed pursuant to Section 316 of the Immigration and Nationality Act, 8 U.S.C. 1427.

Section 318 of the Immigration and Nationality Act, 8 U.S.C. 1429, requires that except as otherwise provided, no person shall be naturalized unless he has been lawfully admitted for permanent residence in accordance with all the applicable provisions of the Act. It has been determined that you are ineligible for naturalization, in that you have failed to demonstrate that your residence status in the United States was obtained lawfully.

You received permanent residence status as a Special Agricultural Worker, pursuant to Section 210 of the Immigration and Nationality Act, 8 U.S.C. 1160. That section required that one had to have worked as least 90 days in agricultural employment between May 1, 1985 and May 1, 1986. The information submitted in support of your applications for non-immigration status and naturalization indicate that your permanent residence status was not lawfully obtained.

You were originally admitted to the United States on September 5, 1979 as a J-1 exchange visitor. You were admitted to attend a doctoral degree program in Economics at Boston University. From 1980 up to and including 1988 your J-1 status was extended seven (7) times, to permit you to pursue your degree. During the 1985-1986 time frame encompassing the Special Agricultural Program, you had received an extension to pursue your doctoral program in Economics at Northeastern University up to and including September 21, 1985. Based on a subsequent request, your status was extended from September 1985 to September 1986. Your request was supported by a letter dated October 30, 1985 from the Northeastern University official responsible for your exchange program.

The evidence which you presented in support of your application for naturalization, indicates that you were employed by the Honeymoon Real Estate Company in Boston as a garage attendant for a number of years including 1985 and 1986. You provided records from the Social Security Administration which supported your claim that you were so employed by the Honeymoon Real Estate Company from 1982 up to and including 1993.

The applications and records which you presented to INS in support of your non-immigrant status and your request for naturalization are conclusive that your receipt of residence status as a Special Agricultural Worker was not lawful. You have not met your burden of establishing that you have met all of the requirements for naturalization, which requirements include establishing that you were lawfully admitted to the United States in accordance with the immigration laws. 8 C.F.R. 316.2(b).

Accordingly, your application for naturalization is hereby denied.

You may request a hearing on this decision pursuant to the attached instructions.