**U.S. Department of Justice**
Immigration and Naturalization Service

OMB #1115-0009
Application for Naturalization

## START HERE - Please Type or Print

### Part 1. Information about you.

Family Name: FATUROTI
Given Name: MICHAEL
Middle Initial: A

U.S. Mailing Address - Care of: MICHAEL A. FATUROTI
Street Number and Name: 2 DITMUS COURT
Apt. #: 125
City: BOSTON
County: SUFFOLK
State: MASSACHUSETTS
ZIP Code: MA 02118
Date of Birth (month/day/year): 01/01/1944
Country of Birth: NIGERIA
Social Security #: 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
A #: 919-85-991

### Part 2. Basis for Eligibility (check one).

a. [X] I have been a permanent resident for at least five (5) years.
b. [ ] I have been a permanent resident for at least three (3) years and have been married to a United States Citizen for those three years.
c. [ ] I am a permanent resident child of United States citizen parent(s)
d. [ ] I am applying on the basis of qualifying military service in the Armed Forces of the U.S. and have attached completed Forms N-426 and G-325B
e. [ ] Other. (Please specify section of law) Legalized:7/15/88(IRCA of '86)

### Part 3. Additional information about you.

Date you became a permanent resident (month/day/year): 12/01/1990
Port admitted with an immigrant visa or INS Office where granted adjustment of status: HIALEAH, FLORIDA
Citizenship: NIGERIA
Name on alien registration card (if different than in Part 1): SAME
Other names used since you became a permanent resident (including maiden name): NONE

Sex: [X] Male  [ ] Female
Height: 5' 3"
Marital Status: [ ] Single  [ ] Married  [X] Divorced  [ ] Widowed

Can you speak, read and write English? [ ] No [X] Yes.

**Absences from the U.S.:**

Have you been absent from the U.S. since becoming a permanent resident? [X] No [ ] Yes.

If you answered "Yes", complete the following. Begin with your most recent absence. If you need more room to explain the reason for an absence or to list more trips, continue on separate paper.

| Date left U.S. | Date returned | Did absence last 6 months or more? | Destination | Reason for trip |
|---|---|---|---|---|
| N/A | N/A | [ ] Yes [ ] No | N/A | N/A |
|  |  | [ ] Yes [ ] No |  |  |
|  |  | [ ] Yes [ ] No |  |  |
|  |  | [ ] Yes [ ] No |  |  |
|  |  | [ ] Yes [ ] No |  |  |
|  |  | [ ] Yes [ ] No |  |  |

Form N-400 (Rev. 07/17/91)N            Continued on back.

**FOR INS USE ONLY**

Returned:
Resubmitted:
Reloc Sent:
Reloc Rec'd:

[ ] Applicant Interviewed

Handwritten notes: APPLIED VIA N-600 IN ERROR 1-11-96 BOS OFFICE POLICY ACCEPT THIS N-400 W/O FEE. ALSO ON 8-14-96 IT W/ DISCOVERED HE ACTUALLY HAD FILE N-600 ON 1-12-96 ($95 PD.) THIS N-4 IS A DUP W/ FEE FOR THAT N-400 WHICH WAS NOT PD UNTIL 8-14-96.

At interview
[ ] request naturalization ceremony at court

Remarks:

Action:

To Be Completed by Attorney or Representative, if any
[ ] Fill in box if G-28 is attached to represent the applicant
VOLAG#
ATTY State License #

N402

## Part 4. Information about your residences and employment. *

A. List your addresses during the last five (5) years or since you became a permanent resident, whichever is less. Begin with your current address. If you need more space, continue on separate paper:

| Street Number and Name, City, State, Country, and Zip Code | Dates (month/day/year) From | To |
|---|---|---|
| 81 WESTLAND AVENUE, #105 BOSTON, MA 02115-4523 | 11/16/89 | 9/24/92 |
| 85 WESTLAND AVENUE, #14 BOSTON, MA 02115-4523 | 9/25/92 | 2/17/93 |
| 81 WESTLAND AVENUE, 105 BOSTON, MA 02115-4523 | 2/18/93 | 9/23/94 |
| 2 DITMUS COURT, #125 BOSTON, MA 02118-1338 | 5/06/95 | TO DATE |

B. List your employers during the last five (5) years. List your present or most recent employer first. If none, write "None". If you need more space, continue on separate paper.

| Employer's Name | Employer's Address Street Name and Number - City, State and ZIP Code | Dates Employed (month/day/year) From | To | Occupation/position |
|---|---|---|---|---|
| HUNNEMAN R.E. COMPANY, | 70/80 LINCOLN ST. BOSTON | 02/01/82 | 08/27/93 | GARAGE ATTENDA |
| TROPICAL FOODS INTERN. | 2101 WASHINGTON ST. ROXBURY, MA 02119 | 12/17/94 | 4/13/95 | STOCKING PERSO |
| ABIBUKUNOLU ENTERPR | 81 WESTLAND AVE. #105 BOSTON | 01/18/95 | TO DATE | POTENTIAL OWNER/REPRES. |

NO JOB W/ SALARY SINCE LISTED APR 95
SSI (DISABILITY) SINCE OCT 94

## Part 5. Information about your marital history.

A. Total number of times you have been married _1_. If you are now married, complete the following regarding your husband or wife.

MD. 6-30-81 IN BROOKLINE TO ADELINE.

Family name: YEROKUN   Given name: OLUFUNMILOLA. WE DIVORCED

Address: MA. 1990. AMBROSE, GRACE, + JOHN ARE OUR CHILDREN.

Date of birth (month/day/year):

Country of birth:    Citizenship:

Social Security#:   A# (if applicable):   Immigration status (If not a U.S. citizen):

Naturalization (If applicable) (month/day/year):    Place  (City, State)

If you have ever previously been married or if your current spouse has been previously married, please provide the following on separate paper: Name of prior spouse, date of marriage, date marriage ended, how marriage ended and immigration status of prior spouse.

## Part 6. Information about your children.

B. Total Number of Children _7_. Complete the following information for each of your children. If the child lives with you, state "with me" in the address column; otherwise give city/state/country of child's current residence. If deceased, write "deceased" in the address column. If you need more space, continue on separate paper.

| Full name of child | Date of birth | Country of birth | Citizenship | A - Number | Address |
|---|---|---|---|---|---|
| OLUYEMISI O. FATUROTI | 7/17/68 | NIGERIA | NIGERIAN | NIL | 79 IDOFIN STREET ESAOKE, NIGERIA |
| IBUKUNOLU O. FATUROTI | 5/27/70 | NIGERIA | NIGERIAN | NIL | DITTO |
| TAIWO O. FATUROTI | 2/15/75 | NIGERIA | NIGERIAN | NIL | DITTO |
| KEHINDE O. FATUROTI | 2/15/75 | NIGERIA | NIGERIAN | NIL | DITTO |
| AMBROSE A. FATUROTI | 2/09/81 | U.S.A. | AMERICAN | N/A | 123 FOREST HILLS ST. JAMAICA PLAIN, MA |
| GRACE O. FATUROTI | 6/26/84 | U.S.A. | AMERICAN | N/A | DITTO |
| JOHN O. FATUROTI | 11/09/86 | U.S.A. | AMERICAN | N/A | DITTO |

I did spend about nine months at Woods-Mullen She. :: Nov. 1994 - July 1995.

Form N-400 (Rev 07/17/91)N        Continued on next page

*Continued on back*

## Part 7. Additional eligibility factors.

Please answer each of the following questions. If your answer is "Yes", explain on a separate paper.

1. Are you now, or have you ever been a member of, or in any way connected or associated with the Communist Party, or ever knowingly aided or supported the Communist Party directly, or indirectly through another organization, group or person, or ever advocated, taught, believed in, or knowingly supported or furthered the interests of communism?   *no*
2. During the period March 23, 1933 to May 8, 1945, did you serve in, or were you in any way affiliated with, either directly or indirectly, any military unit, paramilitary unit, police unit, self-defense unit, vigilante unit, citizen unit of the Nazi party or SS, government agency or office, extermination camp, concentration camp, prisoner of war camp, prison, labor camp, detention camp or transit camp, under the control or affiliated with:
   a. The Nazi Government of Germany?
   b. Any government in any area occupied by, allied with, or established with the assistance or cooperation of, the Nazi Government of Germany?   ☐ Yes  ☒ No
3. Have you at any time, anywhere, ever ordered, incited, assisted, or otherwise participated in the persecution of any person because of race, religion, national origin, or political opinion?   ☐ Yes  ☒ No
4. Have you ever left the United States to avoid being drafted into the U.S. Armed Forces?   ☐ Yes  ☒ No
5. Have you ever failed to comply with Selective Service laws?   ☐ Yes  ☒ No
   If you have registered under the Selective Service laws, complete the following information:   ☐ Yes  ☒ No
   Selective Service Number: _____ Date Registered: _____
   If you registered before 1978, also provide the following:
   Local Board Number: _____ Classification: _____
6. Did you ever apply for exemption from military service because of alienage, conscientious objections or other reasons?   ☐ Yes  ☒ No
7. Have you ever deserted from the military, air or naval forces of the United States?   ☐ Yes  ☒ No
8. Since becoming a permanent resident, have you ever failed to file a federal income tax return?   ☐ Yes  ☒ No
9. Since becoming a permanent resident, have you filed a federal income tax return as a nonresident or failed to file a federal return because you considered yourself to be a nonresident?   ☐ Yes  ☒ No
10. Are deportation proceedings pending against you, or have you ever been deported, or ordered deported, or have you ever applied for suspension of deportation?   ☐ Yes  ☒ No
11. Have you ever claimed in writing, or in any way, to be a United States citizen?   ☐ Yes  ☒ No
12. Have you ever:
    a. been a habitual drunkard?   ☐ Yes  ☒ No
    b. advocated or practiced polygamy?   ☐ Yes  ☒ No
    c. been a prostitute or procured anyone for prostitution?   ☐ Yes  ☒ No
    d. knowingly and for gain helped any alien to enter the U.S. illegally?   ☐ Yes  ☒ No
    e. been an illicit trafficker in narcotic drugs or marijuana?   ☐ Yes  ☒ No
    f. received income from illegal gambling?   ☐ Yes  ☒ No
    g. given false testimony for the purpose of obtaining any immigration benefit?   ☐ Yes  ☒ No
13. Have you ever been declared legally incompetent or have you ever been confined as a patient in a mental institution?   ☐ Yes  ☒ No
14. Were you born with, or have you acquired in some way, any title or order of nobility in any foreign State?   ☐ Yes  ☒ No
15. Have you ever:
    a. knowingly committed any crime for which you have not been arrested?   ☐ Yes  ☒ No
    b. been arrested, cited, charged, indicted, convicted, fined or imprisoned for breaking or violating any law or ordinance, excluding traffic regulations?   ☒ Yes  ☐ No

(If you answer yes to 15, in your explanation give the following information for each incident or occurrence the city, state, and country, where the offense took place, the date and nature of the offense, and the outcome or disposition of the case).   *see attach.*

## Part 8. Allegiance to the U.S.

If your answer to any of the following questions is "NO", attach a full explanation:
1. Do you believe in the Constitution and form of government of the U.S.?   ☒ Yes  ☐ No
2. Are you willing to take the full Oath of Allegiance to the U.S.? (see instructions)   ☒ Yes  ☐ No
3. If the law requires it, are you willing to bear arms on behalf of the U.S.?   ☒ Yes  ☐ No
4. If the law requires it, are you willing to perform noncombatant services in the Armed Forces of the U.S.?   ☒ Yes  ☐ No
5. If the law requires it, are you willing to perform work of national importance under civilian direction?   ☒ Yes  ☐ No

\* I did apply as a volunteer for service in the U.S. Peace Corps.
I am waiting for the naturalization papers.

Form N-400 (Rev 07/17/91)N

*Continued on back*

### Part 9. Memberships and organizations.

A. List your present and past membership in or affiliation with every organization, association, fund, foundation, party, club, society, or similar group in the United States or in any other place. Include any military service in this part. If none, write "none". Include the name of organization, location, dates of membership and the nature of the organization. (If additional space is needed, use separate paper.)

ROSICRUCIAN ORDER, SAN JOSE, CA: SINCE 1981; CALIFORNIA ASTROLOGY ASSOCIATION CANOGA PARK, CA: SINCE 1982; THE MAYAN ORDER, SAN ANTONIO, TX: SINCE 1992; SOCIETY OF CHILDREN'S BOOK WRITERS & ILLUSTRATORS, WEST HILLS, CA: SINCE 1993; THE CHILDR WRITER, WEST REDDING, CT: SINCE 1992. First three: Religious/Psychological; Others Literary.

### Part 10. Complete only if you checked block "C" in Part 2.

How many of your parents are U.S. citizens? ☐ One  ☐ Both  (Give the following about one U.S. citizen parent) NONE

Family Name: N/A    Given Name: N/A  None    Middle Name: N/A

Address:

Basis for citizenship:
☐ Birth
☐ Naturalization Cert. No.

Relationship to you (check one):
☐ natural parent  ☐ adoptive parent
☐ parent of child legitimated after birth

If adopted or legitimated after birth, give date of adoption or legitimation: (month,day,year) _____

Does this parent have legal custody of you?  ☐ Yes  ☐ No

(Attach a copy of relating evidence to establish that you are the child of this U.S. citizen and evidence of this parent's citizenship.)

### Part 11. Signature. (Read the information on penalties in the instructions before completing this section).

I certify or, if outside the United States, I swear or affirm, under penalty of perjury under the laws of the United States of America that this application, and the evidence submitted with it, is all true and correct. I authorize the release of any information from my records which the Immigration and Naturalization Service needs to determine eligibility for the benefit I am seeking.

Signature                                   Date 02/29/96

Please Note: If you do not completely fill out this form, or fail to submit required documents listed in the instructions, you may not be found eligible for naturalization and this application may be denied.

### Part 12. Signature of person preparing form if other than above. (Sign below)

I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.

Signature: SAME AS ABOVE    Print Your Name    Date

Firm Name and Address

---

**DO NOT COMPLETE THE FOLLOWING UNTIL INSTRUCTED TO DO SO AT THE INTERVIEW**

I swear that I know the contents of this application, and supplemental pages 1 through ___, that the corrections, numbered 1 through 13, were made at my request, and that this amended application is true to the best of my knowledge and belief.

Michael Abiodun Fatuoti
(Complete and true signature of applicant)

Subscribed and sworn to before me by the applicant.

_____ (Examiner's Signature)   Date MAR 18 1998

Form N-400 (Rev. 07/17/91)N    *U.S. Government Printing Office: 1995 - 387-154/02576

*attach.1* (9)

NAME: FATUROTI, MICHAEL A. ~~ADDITIONAL INFO~~RMATION PART 7 QUESTION 15

1.  DATE OF INCIDENT   CITY     STATE   COUNTRY   PLACE OF INCIDENT
    9/24/89             BOSTON   MA      U.S.A.    170 Parker Hill Avenue #11
                                                   Roxbury, MA 02120

    NATURE OF OFFENCE                              PLACE OF DISPOSITION
    Assault & Battery with Dangerous Weapon.       Roxbury District Court

    OUTCOME/DISPOSITION OF CASE                    DATE OF DISPOSITION
    NOT GUILTY (Plaintiff Withdrew Charges)        10/25/89

2.  DATE OF INCIDENT   CITY     STATE   COUNTRY   PLACE OF INCIDENT
    11/08/94            BOSTON   MA      U.S.A.    Northeastern University
                                                   360 Huntington Avenue,
                                                   Boston, MA 02115

    NATURE OF OFFENCE
    Trespassing (I was reading in preparation for the Foreign Officers
    Examination scheduled for Nov. 19, 1994 at about 1:15 a.m. behind
    the Student EL Center).

    OUTCOME/DISPOSITION OF CASE
    Probation (6 months) without Trial. Stay away from Northeastern
    University.

    DATE OF DISPOSITION                            PLACE
    Nov. 08, 1995                                  Roxbury Court (at Dudley Station)

*No others except these two* (10)

U.S. Department of Justice
Immigration and Naturalization Service

# BIOGRAPHIC INFORMATION

OMB No. 1115-0066

| (Family name) | (First name) | (Middle name) | MALE ☒ FEMALE ☐ | BIRTHDATE (Mo.-Day-Yr.) | NATIONALITY | FILE NUMBER |
|---|---|---|---|---|---|---|
| FATUROTI | MICHAEL | ABIODUN | | 01-01-44 | NIGERIAN | A91985991 |

| ALL OTHER NAMES USED (Including names by previous marriages) | CITY AND COUNTRY OF BIRTH | SOCIAL SECURITY NO. (if any) |
|---|---|---|
| none | ESAOKE, NIGERIA | 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 |

| | FAMILY NAME | FIRST NAME | DATE, CITY AND COUNTRY OF BIRTH (If known) | CITY AND COUNTRY OF RESIDENCE |
|---|---|---|---|---|
| FATHER | FATUROTI | SIMEON | 08-08-1902 ESAOKE, NIGERIA | ESAOKE, NIGERIA |
| MOTHER (Maiden name) | AJAYI | JULIANA | 06-17-1912 ESAOKE, NIGERIA | ESAOKE, NIGERIA (Deceased) |

| HUSBAND (If none, so state) OR WIFE | FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | CITY & COUNTRY OF BIRTH | DATE OF MARRIAGE | PLACE OF MARRIAGE |
|---|---|---|---|---|---|---|
| NONE | | | | | | |

FORMER HUSBANDS OR WIVES (if none, so state)

| FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | DATE & PLACE OF MARRIAGE | DATE AND PLACE OF TERMINATION OF MARRIAGE |
|---|---|---|---|---|
| YEROKUN | ADELINE | 08-24-55 | 6/81 BROOKLINE | 05/90 BOSTON, MA Family Ct. |
| OMOLAYO | VICTORIA | | NO MARRIAGE | SEPARATION 9/79 ESAOKE, NIG. |

APPLICANT'S RESIDENCE LAST FIVE YEARS. LIST PRESENT ADDRESS FIRST.

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | YEAR | TO MONTH | YEAR |
|---|---|---|---|---|---|---|---|
| 2 DITMUS COURT #125 | BOSTON | MA | U.S.A. | 05 | 95 | PRESENT TIME | |
| 81 WESTLAND AVENUE #105 | BOSTON | MA | U.S.A. | 02 | 93 | 09 | 94 |
| 85 WESTLAND AVENUE #14 | BOSTON | MA | U.S.A. | 09 | 92 | 02 | 93 |
| 81 WESTLAND AVENUE #105 | BOSTON | MA | U.S.A. | 11 | 89 | 09 | 92 |

APPLICANT'S LAST ADDRESS OUTSIDE THE UNITED STATES OF MORE THAN ONE YEAR

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | YEAR | TO MONTH | YEAR |
|---|---|---|---|---|---|---|---|
| A 79 IDOFIN STREET | ESAOKE | OSHUN | NIGERIA | 01 | 44 | 09 | 79 |

APPLICANT'S EMPLOYMENT LAST FIVE YEARS. (IF NONE, SO STATE) LIST PRESENT EMPLOYMENT FIRST

| FULL NAME AND ADDRESS OF EMPLOYER | OCCUPATION (SPECIFY) | FROM MONTH | YEAR | TO MONTH | YEAR |
|---|---|---|---|---|---|
| NONE | | | | PRESENT TIME | |
| TROPICAL FOODS INTERNATIONAL, ROXBURY, MA | STOCKING MAN | 12 | 94 | 04 | 95 |
| BURGER KING CORP., 289 HUNTINGTON AVE. BOSTN | CHEF | 10 | 94 | 10 | 94 |
| HUNNEMAN REAL ESTATE CORP., BOSTON, MA | GAR. ATT'DT | 02 | 82 | 08 | 93 |

Show below last occupation abroad if not shown above. (Include all information requested above.)

THIS FORM IS SUBMITTED IN CONNECTION WITH APPLICATION FOR:
☒ NATURALIZATION  ☐ OTHER (SPECIFY):
☐ STATUS AS PERMANENT RESIDENT

SIGNATURE OF APPLICANT: *Michael Abiodun Faturoti*   DATE: 3/18/96

Are all copies legible? ☒ Yes

PENALTIES: SEVERE PENALTIES ARE PROVIDED BY LAW FOR KNOWINGLY AND WILLFULLY FALSIFYING OR CONCEALING A MATERIAL FACT.

## APPLICANT: BE SURE TO PUT YOUR NAME AND ALIEN REGISTRATION NUMBER IN THE BOX OUTLINED BY HEAVY BORDER BELOW.

| COMPLETE THIS BOX (Family name) | (Given name) | (Middle name) | (Alien registration number) |
|---|---|---|---|
| FATUROTI | MICHAEL | ABIODUN | A91985991 |

Form G-325 (Rev. 10-1-82) Y

(1) Ident.