UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MICHAEL A. FATUROTI, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | CIVIL ACTION |
| | ) | NO. 04-11791-NG |
| IMMIGRATION AND CUSTOMS ENFORCEMENT, | ) ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

There being no opposition, the United States' request that Petitioner appear for fingerprinting and a naturalization interview (Docket No. 8) is ALLOWED. The parties shall arrange for the fingerprinting and interview to take place within thirty (30) days of the date of this Order. The Government shall promptly notify the court when the fingerprinting and interview have been completed. The Government shall file any supplemental response to Petitioner's Request for Judicial Review of the Denial of Naturalization within thirty (30) days of the date of the interview and fingerprinting, and the Petitioner may file a supplemental response within fourteen (14) days thereafter, unless the parties mutually agree to a different briefing schedule and so notify the court.

    / s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED:  March 24, 2005