MICHAEL A. FATUROTI, P.O. BOX 230013, BOSTON, MA 02123-0013

FILED
CLERKS OFFICE

2005 MAR 30 A 11: 32

DISTRICT COURT
DISTRICT OF MASS

04-11791-NG

MICHAEL A. FATUROTI, )
)
      Petitioner, )
)
)
v. )
)
IMMIGRATION AND CUSTOMS )
ENFORCEMENT, )
)
      Respondent. )

## RESPONSE TO JUDGE DEIN'S ORDER

The United State's Request that Petitioner appear for fingerprinting was carried out by the Petitioner on Tuesday, February 2, 2005 at the Immigration Support Center located at 170 Portland Street, Boston, MA 02201. A copy of the fingerprinting receipt and invitation letter is enclosed.

As to the second part of the Order, that is, a naturalization interview, I do not know whether the Immigration and Customs Enforcement Division will allow it. I believe that I, the Petitioner, did, in fact complete two administrative interviews before the final decision was made.

I hope the Governement, i.e., the Immigration authorities, will communicate its decision or next move to the District court accordingly.


NAME:  MICHAEL A. FATUROTI.

SIGNATURE: *[signature]*

DATE: March 28, 2005.

Copy: Mr. DENIS RIORDAN, DIRECTOR, IMMIGRATION & CUSTOMS. Boston District Office, John F. Kennedy Federal Building, Government Center, Boston, MA 02203.

# DBI TENPRINTER Applicant Information Worksheet (AIW)

When you have completed this worksheet, turn it into the receptionist. Have this worksheet, your appointment notification letter and picture identification available.

NAME: __FATUROTI__ __MICHAEL__ __ABIODUN__ __MR__
          Last         First         Middle         Suffix

DATE OF BIRTH: __1944__ __01__ __01__    PHONE #: __617 442-7312__
           Year  Month  Day

PLACE OF BIRTH: __ESA-OKE, NIGERIA__    SEX: (Male or Female) __MALE__

RACE: Check the most appropriate code below:

____ American Indian or Alaskan Native    ✓ Black    ____ White (Hispanic also check)

____ Asian or Pacific Island    ____ Unknown

HEIGHT: __5__ Feet __4__ Inches      WEIGHT: __185__ Pounds

EYE COLOR: Check the most appropriate code below:

___ Black  ✓ Brown  ___ Green  ___ Gray  ___ Pink  ___ Hazel  ___ Blue  ___ Maroon

HAIR COLOR: Check the most appropriate code below:

✓ Black  ___ Bald  ___ White  ___ Sandy  ___ Red  ___ Gray  ___ Blonde  ___ Brown

COUNTRY OF CITIZENSHIP: _____

SOCIAL SECURITY NUMBER: __016__ - __66__ - __8951__

ALIEN REGISTRATION NUMBER: A __919-85-991__

LIST ANY OTHER NAMES YOU HAVE USED:

__FATUROTI__ __M.__ __A.__ __(DR)__
    Last     First     Middle     Suffix

RESIDENCE ADDRESS:

__2 DITMUS CT__    __125__    __BOSTON__    __MA__    __02118-1338__
Street number and name    Apartment #    City    State    Zip Code

REASON FOR FINGERPRINT APPLICATION: (I-485, I-589, I-600, I-821, N-400): __N-400__

---

**LOCAL AIW STAMP**

FD-258 Completed at BCIS/ASC: **Boston, MA XBD**

On: __2/2/05__ By: __82791__

QC Check Completed By: __157703__



# DEPARTMENT OF HOMELAND SECURITY
U.S. Citizenship and Immigration Services

*Michael Tatutyta*
*P.O. Box 230013*
*Boston MA*

*2/1/03*

John Fitzgerald Kennedy Federal Building
Government Center
Boston, Massachusetts 02203

PLEASE REFER TO THIS FILE NUMBER
*A 91 985 991*

Application: *1-18-05*

## FINGERPRINT NOTIFICATION

Dear Applicant:

To continue processing your application, INS must send your fingerprints to the Federal Bureau of Investigation for a criminal history check. Every applicant who was between the ages of 14-75 at the time of filing must have their fingerprints taken at an INS Application Support Center. You are scheduled for fingerprinting at the location listed below:

| Address | Hours of Operation | | WEEK OF: |
|---|---|---|---|
| U.S. Immigration & Naturalization Service | Sun. – Mon. | CLOSED | *2/8/05* |
| 170 Portland Street | Tue. – Sat. | 8am-4pm | *2/12/05* |
| Boston, Ma 02201 | | | |

If you cannot go to the INS Application Support Center during your scheduled 7 day period, you may go on any Wednesday, as long as you have your fingerprints taken within 84 days of the date of your notice. If you do not have them taken within that period, your application may be considered abandoned pursuant to 8 CFR 103.2(b)(13).

When you go to have your fingerprints taken, you must bring: 1) THIS LETTER; 2) photo identification, such as your Alien Registration Card, passport, valid driver's license, national ID, military ID, State-issued photo ID, or other INS issued photo ID. If you do not bring this letter and proper photo identification, you will not be permitted to have your fingerprints taken. This may cause a delay in the processing of your application.

Please take note that the staff at the INS fingerprinting center will not be able to answer any questions about the status of your application. We appreciate your patience during this process.

Cc: