MICHAEL A. FATUROTI, P.O. BOX 230013, BOSTON, MA 02123-0013

| | |
|---|---|
| MICHAEL A. FATUROTI, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 04-11791-MJD |
| IMMIGRATION AND CUSTOMS ) | |
| ENFORCEMENT, ) | |
| ) | |
| Respondent. ) | |

## RESPONSE TO JUDGE DEIN'S ORDER #2

The United State's Request that Petitioner appear for fingerprinting was carried out by the Petitioner on Tuesday, February 2, 2005 at the Immigration Support Center located at 170 Portland Street, Boston, MA 02201. A copy of the fingerprinting receipt and invitation letter is enclosed.

As to the second part of the Order, that is, a naturalization interview, I do not know whether the Immigration and Customs Enforcement Division will allow it. I believe that I, the Petitioner, did, in fact complete two administrative interviews before the final decision was made.

I hope the Government, i.e., the Immigration authorities (USCIS) will communicate its decision or next move to the District Court accordingly.

It is important to note, however, that this is an interlocutory, provisional or temporary order. The final decision is still pending. It is my understanding that Magistrate Judge Dein is expected to make her recommendation or Order known to Hon. Nancy Gertner, the substantive and reviewing Judge before making it known to the petitioner.

NAME: MICHAEL A. FATUROTI.
SIGNATURE: [signature] 04/06/2005
DATE: March 28, 2005.

Copy: Mr. DENIS RIORDAN, DIRECTOR, IMMIGRATION & CUSTOMS. Boston District Office, John F. Kennedy Federal Building, Government Center, Boston, MA 02203.