UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL A. FATUROTI,  )<br>      Petitioner,  )<br>                        )<br>v.  )<br>                        )<br>IMMIGRATION AND CUSTOMS  )<br>ENFORCEMENT,  )<br>      Respondent.  )<br>                        )<br>                        )<br>                        ) | Civil Action No.<br>04-11791-MJD |

**MOTION TO EXTEND THE TIME TO COMPLY WITH THIS COURT'S MARCH 24, 2005, ORDER**

On March 24, 2005, this Court allowed the Respondent's motion requesting that the Petitioner be directed to appear for fingerprinting and a naturalization interview. In the order, this Court directed that the interview be completed within thirty days, and allowed the Respondent fourteen days in which to file a supplemental response. The Respondent hereby requests that the order be modified to allow the Respondent until April 25, 2005, to complete the interview and that the Respondent be granted thirty days to file its supplemental response based upon the outcome of that interview.

In support of the motion, the Respondent states that (in full compliance with the deadline set by this Court initially) the Petitioner was scheduled for a naturalization interview on April 19, 2005, at 10:00 a.m. On that date, it appears that the Petitioner did not appear until some time in the afternoon. According to immigration officials, the Petitioner was noticed to be in the interview room at approximately 4:30 p.m. Petitioner claimed to have been present all day.

As it was too late to complete the interview at that time, the interview was rescheduled for April 25, 2005.  Consequently, Petitioner requests that the time to complete the interview pursuant to this Court's March 24, 2005, order be extended to include that date.  Obviously, should the motion to extend the time be allowed, it will not be necessary to resolve any dispute as to the time of the Petitioner's appearance.

The Respondent also requests thirty days to complete its supplemental pleading, until May 25, 2005, rather than the fourteen days provided in this court's March 23, 2005, order.  In support of this request, the Respondent states that such time is reasonably necessary and should not unduly delay the resolution of this matter.

Undersigned counsel spoke to Michael Faturoti by telephone on April 21, 2005.  It appears from that conversation that Mr. Faturoti understood the relief requested by this motion and did not object.  Nevertheless, the motion is not filed as assented to as there appear to be some communication difficulties and undersigned counsel does not wish to misrepresent Mr. Faturoti's position if those communication difficulties have led undersigned counsel to an erroneous belief as to Mr. Faturoti's position.

Wherefore, the Respondent requests that the time to complete the interview be extended until April 25, 2005, and that the Respondent be allowed thirty days (rather than fourteen), until May 25, 2005, to file its supplemental response upon completion of the interview.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

 /s/ Mark J. Grady
MARK J. GRADY
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA   02210
Tel. No. (617) 748-3136

**Certificate of Compliance**

I hereby certify that on April 21, 2005, I spoke to Petitioner regarding the relief requested by way of this motion.

 /s/ Mark J. Grady
Mark J. Grady
Assistant United States Attorney

**Certificate of Service**

IT IS HEREBY CERTIFIED that on this 21st day of April 2005  service of the foregoing Motion has been made upon the following by depositing a copy in the United States mail, postage prepaid to, Michael Faturoti, PO Box 230013, Boston, MA 02123.

 /s/ Mark J. Grady
Mark J. Grady
Assistant United States Attorney