UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL A. FATUROTI,       )<br>      Petitioner,       )<br>                             )<br>v.                           )<br>                             )<br>IMMIGRATION AND CUSTOMS   )<br>ENFORCEMENT,                 )<br>      Respondent.      )<br>                             )<br>                             )<br>                             ) | Civil Action No.<br>04-11791-MJD |

**RESPONDENT'S SECOND MOTION TO EXTEND THE TIME TO COMPLY WITH THIS COURT'S MARCH 24, 2005, ORDER AND FOR AN ORDER OF THIS COURT THAT THE PETITIONER APPEAR FOR INTERVIEW ON MAY 11, 2005 IN COMPLIANCE WITH THIS COURT'S MARCH 24, 2005 ORDER**

On March 24, 2005, this Court allowed the Respondent's motion requesting that the Petitioner be directed to appear for fingerprinting and a naturalization interview. In the order, this Court directed that the interview be completed within thirty days, and allowed the Respondent fourteen days in which to file a supplemental response. The Respondent has previously requested that the order be modified to allow the Respondent until April 25, 2005, to complete the interview and that the Respondent be granted thirty days to file its supplemental response based upon the outcome of that interview. By way of the instant motion, the Respondent requests until May 11, 2005, to complete the interview and that the Respondent be granted thirty days to file its supplemental response based upon the outcome of that interview.

In support of the motion, the Respondent states that (in full compliance with the deadline set by this Court initially) the Petitioner was scheduled for a naturalization interview on April

19, 2005, at 10:00 a.m.  On that date, it appears that the Petitioner did not appear until some time in the afternoon.  According to immigration officials, the Petitioner was noticed to be in the interview room at approximately 4:30 p.m.   Petitioner claimed to have been present all day.

As it was too late to complete the interview at that time, the interview was rescheduled for April 25, 2005.  Undersigned counsel spoke with the Petitioner by telephone on April 21, 2005, and informed him of the new April 25, 2005, interview (10:00 a.m.) time and date.

Petitioner failed to appear for interview on April 25, 2005.

The interview has now been scheduled for May 11, 2005 at 10:00 a.m. at the United States Customs and Immigration Services Office in Boston located at the John F. Kennedy Federal Building, Room E160, Government Center, Boston, MA 02203.    Respondent requests that the time to complete the interview pursuant to this Court's March 24, 2005, order be extended to include that date.  Given the Petitioner's continued failure to appear, the Respondent also requests that this Court endorse the attached order directing the Petitioner to appear for interview at the designated time and place.

The Respondent also requests thirty days to complete its supplemental pleading, until June 10, 2005, rather than the fourteen days provided in this court's March 24, 2005, order.  In support of this request, the Respondent states that such time is reasonably necessary and should not unduly delay the resolution of this matter.

Undersigned counsel attempted to speak with Michael Faturoti by telephone on April 26, 2005 at 9:54 a.m at (617) 442-7312.  This number had been successfully utilized in the past as noted in previous motions.  On this date, however, the line appeared to be connected to fax or other device as the answer was a series of beeps.

Wherefore, the Respondent requests that the time to complete the interview be extended until May 11, 2005, and that the Respondent be allowed thirty days (rather than fourteen), until June 10, 2005, to file its supplemental response upon completion of the interview. The Respondent further requests that this Court endorse the attached order directing the Petitioner to appear.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

 /s/ Mark J. Grady
MARK J. GRADY
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA  02210
Tel. No. (617) 748-3136

**Certificate of Compliance**

I hereby certify that on April 26, 2005, I attempted to contact the Petitioner by telephone regarding the relief requested by way of this motion.

 /s/ Mark J. Grady
Mark J. Grady
Assistant United States Attorney

**Certificate of Service**

IT IS HEREBY CERTIFIED that on this 26th day of April 2005  service of the foregoing Motion has been made upon the following by depositing a copy in the United States mail, postage prepaid to, Michael Faturoti, PO Box 230013, Boston, MA 02123.

 /s/ Mark J. Grady
Mark J. Grady
Assistant United States Attorney