UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL A. FATUROTI,      )<br>      Petitioner,               )<br>                                    )<br>v.                                     )<br>                                    )<br>IMMIGRATION AND CUSTOMS   )<br>ENFORCEMENT,                 )<br>      Respondent.             )<br>                                    )<br>                                    )<br>                                    ) | Civil Action No.<br>04-11791-MJD |

## **ORDER**

In accord with this Court's March 24, 2005, order, the Petitioner, Michael Faturoti is directed to appear for naturalization interview on May 11, 2005, at 10:00 a.m., at the United States Customs and Immigration Services Office in Boston located at the John F. Kennedy Federal Building, Room E160, Government Center, Boston, MA 02203.

                                                                                                                                          _____

                                                                                                                                          The Honorable Judith G. Dein
                                                                                                                                         Magistrate Judge

Dated :