UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL A. FATUROTI,<br>Petitioner,<br><br>v.<br><br>IMMIGRATION AND CUSTOMS<br>ENFORCEMENT,<br>Respondent. | )<br>)<br>)      Civil Action No.<br>)      04-11791-MJD<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

In accord with this Court's March 24, 2005, order, the Petitioner, Michael Faturoti is directed to appear for naturalization interview on May 11, 2005, at 10:00 a.m., at the United States Customs and Immigration Services Office in Boston located at the John F. Kennedy Federal Building, Room E160, Government Center, Boston, MA 02203.

_____
The Honorable Judith G. Dein
Magistrate Judge

Dated: 4/26/05