MICHAEL A. FATUROTI, P.O. BOX 230013, BOSTON, MA 02123-0013

TO: HON. NANCY GERTNER, U.S. DISTRICT COURT JUDGE, U.S. DISTRICT COURT OF MASSACHUSETTS, BOSTON, MA 02210.

| | |
|---|---|
| MICHAEL A. FATUROTI,<br>Petitioner,<br><br>v.<br><br>IMMIGRATION AND CUSTOMS ENFORCEMENT,<br>Respondent. | )<br>)<br>)<br>)<br>)<br>) Civil Action No.<br>) 04-11791-MJD<br>)<br>)<br>)<br>) |

MESSER'S SULLIVAN & MARK J. GRADY'S MOTION TO EXTEND COMPLIANCE TIME FOR MAGISTRATE JUDGE DEIN'S ORDER FOR A NEW INTERVIEW SCHEDULED FOR MAY 11, 2005.

New brief from U.S. Attorney's Office is acknowledged.

Like the Petitioner did in his April 23, 2005, motion and appeal of the U.S. Attorney's motion, Your Honor, I am also appealing this new order from the office of Judge Judith Gail Dein based on the contents of my April 23, 2005 brief.

The Petitioner is also asking the Hon. District Judge to, please, find out if the USCIS (Immigration Department) will honor Judge Dein's order.

From my own investigations, Judge Gail Dein is **not** really a bar attorney. She does **not even** have any education from this country. She cannot practice law in this country. I do **not** think that the Immigration Authorities will honor her order. In order for the USCIS to honor her order, she has to pass it through your office, Your Honor.

In order to prevent the unnecessary waste of Court time, Your Honor, this new ordered interview scheduled for May 11, 2005, should also be prevented from happening.

In other words, until the Honorable Judge Gertner, the substantive Judge of this case has made her ruling, the new scheduled interview may **not** happen.

I shall therefore, be glad if the Hon. District Judge will investigate if Judge Dein can practice law in this country and if the USCIS can honor her order without your approval.

I shall also be glad if the Hon. Distirct Judge will make a ruling on this new motion, order and appeal, Your Honor.

Thank you, Your Honor.

NAME: Michael A. FATUROTI        SIGNATURE: *[signature]* 04/28/2005

DATE: April 28, 2005.