UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL A. FATUROTI,<br>      Petioner,<br><br>v.<br><br>IMMIGRATION AND CUSTOMS<br>ENFORCEMENT,<br>      Respondent. | Civil Action No.<br>04-11791-MJD |

**RESPONDENT'S MOTION TO DISMISS, OR FOR OTHER APPROPRIATE SANCTION, FOR FAILURE TO COMPLY WITH THIS COURT'S ORDER**

Now comes the Respondent pursuant to Fed. R. Civ. P. 41(b) to request that the Petitioner's claim be dismissed for willful failure to comply with this Court's orders. In support of the motion, the Respondent states:

1. On March 24, 2005, this Court allowed the Respondent's motion requesting that the Petitioner be directed to appear for fingerprinting and a naturalization interview.

2. In the order, this Court directed that the interview be completed within thirty days.

3. In compliance with the deadline set by this Court initially, the Petitioner was scheduled for a naturalization interview on April 19, 2005, at 10:00 a.m.

4. A dispute arose as to when the Petitioner appeared for interview on that date. BCIS contended that Petitioner did not appear until some time in the afternoon, whereas Petitioner claims to have been present all day.

5. In lieu of resolving this dispute, the interview was rescheduled for April 25, 2005.

6. As noted in the Respondent's most recent motion, undersigned counsel spoke with the Petitioner by telephone on April 21, 2005, and informed him of the new April 25, 2005, interview (10:00 a.m.) time and date.

7. Petitioner failed to appear for interview on April 25, 2005.

8. Upon motion of the Respondent, on April 26, 2005, this Court ordered the Petitioner to appear on May 11, 2005, at 10:00 a.m., at the United States Customs and Immigration Services Office in Boston, located at the John F. Kennedy Federal Building, Room E160, Government Center, Boston, MA 02203.

9. On April 28, 2005, Petitioner filed a motion to reconsider this Court's order. That motion was denied on May 9, 2005.

10. On May 11, 2005, Petitioner failed to appear for interview. See Affidavit of Alton D. Saucier.

11. Rule 41(b) of the Federal Rules of Civil Procedure provides that "[f]or failure of the plaintiff to prosecute or to comply with these rules or any order of court, a defendant may move for dismissal of an action or of any claim against the defendant." Fed. R. Civ. P. 41(b).

WHEREFORE, in accord with Fed. R. Civ. P. 41(b), the Respondent requests that the Petitioner's claim be dismissed, or that this Court enter such sanction as it deems just.

>Respectfully submitted,
>
>MICHAEL J. SULLIVAN
>United States Attorney
>
>/s/ Mark J. Grady
>MARK J. GRADY
>Assistant U.S. Attorney
>U.S. Attorney's Office
>John Joseph Moakley U.S. Courthouse
>1 Courthouse Way, Suite 9200
>Boston, MA   02210
>Tel. No. (617) 748-3136

**Certificate of Compliance**

I hereby certify that on May 16, 2005, I attempted to contact the Petitioner at the phone number listed on the Court's docket. That call was answered by a series of beeps and appears to be a fax or modem line. I was unable to reach the Petitioner.

>/s/ Mark J. Grady
>Mark J. Grady
>Assistant United States Attorney

**Certificate of Service**

IT IS HEREBY CERTIFIED that on this 16th day May 2005 service of the foregoing Motion has been made upon the following by depositing a copy in the United States mail, postage prepaid to, Michael Faturoti, PO Box 230013, Boston, MA 02123.

>/s/ Mark J. Grady
>Mark J. Grady
>Assistant United States Attorney