UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MICHAEL A. FATUROTI
    Petitioner

                                                     Civil Action No. 04-11791-MJD

    v.                                                May 12, 2005
IMMIGRATION AND CUSTOMS
ENFORCEMENT    Respondent

## DECLARATION OF ALTON D. SAUCIER

I, Alton D. Saucier, of the Boston office of the Department of Homeland Security, United States citizenship and Immigration Services, declare as follow:

1. I am employed by the United States Citizenship and Immigration Services (USCIS), United States Department of Homeland Security, Boston District office as a District Adjudication Officer.

2. I have been a District Adjudication Officer for this agency and the legacy Immigration and Naturalization Service since March, 1998.

3. In my career as a district Adjudication Officer, I have adjudicated over three thousand applications for naturalization.

4. Plaintiff Michael Faturoti was ordered by this court to appear before the United States Citizenship and Immigration Services for an interview on his naturalization application on May 11, 2005 at 10:00 A.M. at the John F. Kennedy Federal Building, Room E-160, Government Center, Boston, MA. 02203.

5. I was assigned by my supervisor to conduct said interview on May 11, 2005 at 10:00 A.M. in the USCIS office in Boston, MA.

6. On May 11, 2005, at 10:00 A.m. I proceeded to Room E-160 in the John F. Kennedy Federal Building, Government Center, Boston, MA 02203 and called out the plaintiff's name. There was no response. Further, I followed the same procedure at 10:30 A.M., 11:00 A.M., 11:30 A.M., and 2:00 P.M. on said date. There was no response to any of these calls.

7. I was unable to interview Mr. Faturoti on May 11, 2005 because to the best of my information knowledge and belief Mr. Faturoti did not appear for said interview at the appointed time or the appointed place.

I declare under the penalty of perjury, that the foregoing is true and correct.

Executed on May 12, 2005 at Boston, MA

_____
Alton D. Saucier
District Adjudications Officer