MICHAEL A. FATUROTI, P.O. BOX 230013, BOSTON, MA 02123-0013

FILED
CKS OFFICE

TO: U.S. DISTRICT COURT OF MASSACHUSETTS, BOSTON, MA 02210

2005 MAY 16  P 3: 10

| | |
|---|---|
| MICHAEL A. FATUROTI,<br>      Petitioner, | )<br>)<br>) |
| V. | )  Civil Action No.<br>)  04-11791-MJD<br>) |
| IMMIGRATION & CUSTOMS<br>ENFORCEMENT,<br>      Respondent. | )<br>)<br>)<br>) |

U.S. DISTRICT COURT
DISTRICT OF MASS

PETITIONER'S RESPONSE TO JUDGE DEIN'S ORDER DENYING MOTION TO ENTEND COMPLIANCE TIME.

Hon. Judge Dein's Order denying Motion to extend compliance time by electronic filing is acknowledged by petitioner.

It is the Petitioner's understanding that the denial of the application for extension of compliance time implies that it is no longer necessary for any interview to take place.

If this is in fact the case, it means that the way is clear for the Court to take the next necessary step in completing the approval of the Petitioner's application for naturalization.

In that case, the next step is for the substantive Judge, Hon Judge Nancy Gertner, to make a ruling that the Petitioner be advised to complete Form N-445: Notice of Naturalization Oath Ceremony. This is accomplished by making Form N-445 available to the Petitioner.

As part of this process, the Petitioner is appealing to Hon. Judge Gertner, U.S. District Court Judge to also help make a copy of Form I-485 filed in 1989 and copy of her final Decision available to the Petitioner.

The Petitioner will appreciate it if he is also advised of the applicable fees for Form N-445.

Thank You, Your Honor.

NAME: Michael A. FATUROTI.    SIGNATURE:

DATE: May 13, 2005.

05-13-2005

MICHAEL A. FATUROTI, P.O. BOX 230013, BOSTON, MA 02123-0013 FILED
                                              ERK'S OFFICE
TO: U.S. DISTRICT COURT OF MASSACHUSETTS, BOSTON, MA 02210

MICHAEL A. FATUROTI,                                        2005 MAY 16   P 3: 09
      Petitioner,

                                                U.S. DISTRICT COURT
                                                DISTRICT OF MASS

V.


IMMIGRATION & CUSTOMS
ENFORCEMENT,
          Respondent.


PETITIONER'S RESPONSE TO JUDGE DEIN'S ORDER DENYING MOTION TO ENTEND
COMPLIANCE TIME.

Hon. Judge Dein's Order denying Motion to extend compliance time by electronic filing is
acknowledged by petitioner.

It is the Petitioner's understanding that the denial of the application for extension of compliance
time implies that it is no longer necessary for any interview to take place.

If this is in fact the case, it means that the way is clear for the Court to take the next necessary
step in completing the approval of the Petitioner's application for naturalization.

In that case, the next step is for the substantive Judge, Hon Judge Nancy Gertner, to make a
ruling that the Petitioner be advised to complete Form N-445: Notice of Naturalization Oath
Ceremony. This is accomplished by making Form N-445 available to the Petitioner.

As part of this process, the Petitioner is appealing to Hon. Judge Gertner, U.S. District Court
Judge to also help make a copy of Form I-485 filed in 1989 and copy of her final Decision
available to the Petitioner.

The Petitioner will appreciate it if he is also advised of the applicable fees for Form N-445.

Thank You, Your Honor.

NAME: Michael A. FATUROTI.     SIGNATURE:                                     05-13-2005

DATE: May 13, 2005.