UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MICHAEL A. FATUROTI, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | CIVIL ACTION |
| | ) | NO. 04-11791-NG |
| IMMIGRATION AND CUSTOMS ENFORCEMENT, | ) ) | |
| | ) | |
| Respondent. | ) | |

## ORDER REGARDING INTERVIEW

The court is in receipt of Petitioner's "Response to Judge Dein's Order" (Docket No. 19). Petitioner has misconstrued the order. Petitioner is to appear for the interview by no later than thirty (30) days from the date of this order. Petitioner is to make arrangements directly with Respondent's counsel for the date, time and place of the interview. Petitioner shall be advised that his failure to comply with this Order may result in the dismissal of this action.

The Government shall file any supplemental response to Petitioner's Request for Judicial Review of the Denial of Naturalization within thirty (30) days of the date of the interview, and the Petitioner may file a supplemental response within fourteen (14) days thereafter, unless the parties mutually agree to a different briefing schedule and so notify the court.

DATED: May 20, 2005

      / s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge