UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MICHAEL A. FATUROTI, | ) | |
|     Petitioner, | ) | |
| | ) | Civil Action No. |
| v. | ) | 04-11791-MJD |
| | ) | |
| IMMIGRATION AND CUSTOMS | ) | |
| ENFORCEMENT, | ) | |
|     Respondent. | ) | |
| | ) | |
| | ) | |
| | ) | |

## NOTICE OF SCHEDULING OF INTERVIEW

In accord with this Court's May 20, 2005, order, the Respondent hereby gives notice that Petitioner, Michael Faturoti has been scheduled for naturalization interview on June 14, 2005, at 10:00 a.m., at the United States Customs and Immigration Services Office in Boston located at the John F. Kennedy Federal Building, Room E170, Government Center, Boston, MA 02203.

Respectfully submitted,
MICHAEL J. SULLIVAN
United States Attorney

 /s/ Mark J. Grady
MARK J. GRADY
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA   02210
Tel. No. (617) 748-3136

### Certificate of Service

IT IS HEREBY CERTIFIED that on this 24th day of May 2005  service of the foregoing Motion has been made upon the following by depositing a copy in the United States mail, postage prepaid to, Michael Faturoti, PO Box 230013, Boston, MA 02123.

 /s/ Mark J. Grady
Mark J. Grady
Assistant United States Attorney