MICHAEL A. FATUROTI, P.O. BOX 230013, BOSTON, MA 02123-0013

TO: HON. NANCY GERTNER, U.S. DISTRICT COURT JUDGE, U.S. DISTRICT COURT OF MASSACHUSETTS.

| | |
|---|---|
| MICHAEL A. FATUROTI,<br>    Petitioner, | )<br>)<br>) Civil Action No. |
| V. | ) 04-11791-MJD<br>) |
| IMMIGRATION & CUSTOMS ENFORCEMENT,<br>    Respondent. | ) May 18, 2005.<br>)<br>)<br>)<br>) |

PETITIONER'S RESPONSE TO RESPONDENT'S MOTION TO DISMISS FOR FAILURE TO COMPLY DUE TO BREAK IN COMMUNICATION.

Respondent's brief and motion to dismiss Petitioner's application for naturalization is acknowledged by Petitioner.

Whereas the Petitioner was ordered to appear for interview on April 19, 2005 for a naturalization interview, records will show that the Petitioner showed up at the E-170 Office of the Immigration Services at about 9:30 a.m., nothing significant happened until about 4:30 p.m. when the invitation letter was withdrawn from the Petitioner by an Imigration Officer who refused to identify himself but with a promise that there would be another letter of invitation to the interview soon.

And whereas there was an invitation letter to another interview scheduled for April 25, 2005, the Petitioner did **not** receive the letter until April 28, 2005.

As soon as the Petitioner had realized that he had missed the opportunity of the April 25, 2005 interview, he alerted both the Adjudications Officer, Mr. Alton Saucier and Mr. Denis Riordan, the USCIS Director, by certified mail, of the lateness in receiving the invitation letter to the interview.

Even though there was an application by the Office of the U.S. Attorney to the District Judge, Hon. Nancy Gertner to extend compliance time, the application was denied. In an electronic filing by the Office of Magistrate Judge Dein and dated 5/9/2005, Dambrosio, Jolyne, entered an "Electronic Order denying [16] Petitioner's Motion for Extension of Time." I believe this was a mistake because the Petitioner never asked for any extension of time. It was the U.S. Attorney's Office that asked for time extension.

Whereas the application for an extension also included a May 11, 2005 date for another interview by the Office of the U.S. Attorney, there was no interview scheduled by the Office of the Adjudications Office, Mr. Alton Saucier. If there was, the Petitioner was neither informed by the Office of the Adjudications Officer nor sent an invitation letter to said interview.

Based on these two factors - failure of the District Court Judge to approve an extension of time and failure of the Office of the Adjudications Officer to send an invitation letter inviting the Petitioner to the May 11, 2005 interview, the Petitioner is appealing to Hon. Nancy Gertner, the

U.S. District Judge, **not** to grant Respondent's motion to dismiss Petitioner's petition for Judicial Review.

The failure of the Petitioner to appear for the May 11, interview was due to the two above-mentioned factors. Without an invitation letter from the Adjudications Officer, it is very difficult for the Petitioner to know that the U.S. District Judge had approved the Office of the U.S. Attorney's application for time extension and that there is, indeed, an interview scheduled for that day.

Your Honor, I want to direct Your attention to paragraph 4 of Mr. Alton Saucier's Delaration of May 12, 2005. The Court did **not** order the Petitioner to appear on May 11, 2005. It was the U.S. Attorney's Office that made an application. Up to now, the application has **not** been approved by the District Judge. In addition, the Office of the Adjudications Officer failed to notify the Petitioner of the May 11, 2005 interview.

For the above-mentioned reasons, the Petitioner is **not** at all at fault for not appearing at the May 11, 2005 interview. It was a result of a break in communication between the Office of the Adjudications Officer and the Petitioner.

Also, the Petitioner expected a written response from the Office of the Adjudications Officer after he, Petitioner, had notified him (Saucier) of the lateness in receiving the invitation letter to the April 25, 2005 interview.

Finally, unconfirmed rumors assert that the Adjudications Officer (Saucier) is **not** even hired by the USCIS! Currently incarcerated at a federal penitentiary, he (Saucier) **neither** speaks for **nor** represents the interest of the Immigration Services! No supervisor assigned him (Saucier) to conduct any interview as he claims in his (Saucier's) May 12, 2005 declaration! He's probably volunteering or working gratis.

For these reasons, Your Honor, the Petitioner further appeals to the District Judge, Hon. Nancy Gertner, to look into these allegations to see if they are true before she considers the Office of the U.S. Attorney's motion and **not** to just grant the motion to dismiss Petitioner's petition. Instead, the Petitioner will be glad if Hon. Nancy Gertner can proceed with the next stage of the naturalization process, that is, make copy of the final decision and form N-455 available to the Petitioner.

Thank you, Your Honor.

NAME: Michael A. Faturoti    SIGNATURE: _[signature]_    DATE: 05-18-2005.

05-19-2005