MICHAEL A. FATUROTI, P.O. BOX 230013, BOSTON, MA 02123-0013

TO: HON. NANCY GERTNER, U.S. DISTRICT ATTORNEY, U.S. DISTRICT COURT OF MASSACHUSETTS.

| | |
|---|---|
| MICHAEL A. FATUROTI, ) | |
| Petitioner, ) | |
| ) | |
| V. ) | Civil Action No. |
| ) | 04-11791-~~MJD~~ NG |
| IMMIGRATION & CUSTOMS ) | |
| ENFORCEMENT, ) | May 26, 2005. |
| Respondent. ) | |
| ) | |

PETITIONER'S RESPONSE TO HON. NANCY GERTNER'S ORDER DENYING MOTION FOR RECONSIDERATION AND MESSERS SULLIVAN & GRADY'S NOTICE SCHEDULING A JUNE 20, 2005 INTERVIEW.

Petitioner appreciates Hon. Nancy Gertner's Order denying reconsideration, Your Honor. Having exhausted the administrative interviews within the Immigration Services, asking for more interviews may constitute a waste of time.

However, the U.S. Attorney's Office insists on having a June 20, 2005 interview. In order to have that interview, they will have to convince and make the Immigration Services schedule one. In spite of the fact that they are not registered bar attorneys who cannot practice law, they continue to represent the Office of the U.S. Attorney.

A copy of an invitation letter to a June 20, 2005 interview is enclosed for both Hon. Gertner and the Director, Mr. Dennis Riordan, to see if it is authentic, i.e., if the signature on it belongs to the Director. If the Director did not delegate anyone to schedule an interview, it can only mean that someone is either usurping the Director's position or someone is after his job.

Petitioner will appreciate it if Hon. Gertner and Director Riordan can find out if the guys from the Office of the U.S. Attorney are registered bar attorneys and if they are, in fact registered with the Immigration Services.

Further, Petitioner appeals to the substantive District Judge to find out if they can legally represent the U.S. Attorney's Office and play the role they are currently playing even though they are unregistered immigrants who may not be authorized to work in the United States.

However, in spite of the U.S. District Judge's Order, if the U.S. Attorney's Office continues to be represented by illegal aliens who are not authorized to work in the United States, Petitioner will further appreciate it if Hon. Nancy Gertner can make the Immigration Services stop the individuals who work and schedule interviews without the USCIS Director's authorization.

If Hon. Nancy Gertner can ascertain that these individuals are, in fact, illegal aliens who are unauthorized to work in the United States, it means the way is clear for the Court to proceed and complete the **de novo judicial review** with or without another interview. It also means that the U.S. Attorney's Office will not be able to make any motion to dismiss for **not holding** another interview. In any case, since we are dealing with interlocutory orders, the Court can proceed without any problem.

And as part of the process to complete the judicial review, Hon. Nancy Gertner, U.S. District Judge in charge of this case will, please, make available to Petitioner copy of I-485 that he filed in 1989 and copy of her final decision on the judicial review.

With these documents in hand, Petitioner can invite the Immigration Services to perform the Oath Ceremony in which case, Form N-445 will be made available to Petitioner.

Thank you, Your honor.

NAME: Michael A. Faturoti    SIGNATURE: [signature] 05-28-2005    DATE: May 26, 2005.



**U.S. DEPARTMENT OF HOMELAND SECURITY**
U.S. Citizenship and Immigration Service

John Fitzgerald Kennedy Federal Building
Government Center
Boston, Massachusetts 02203

---

Michael A. Faturoti
PO Box 230013
Boston, MA  02123

File Number: A091985991

Date: May 25, 2005

Please come to the shown below at the time and place indicated in connection with an official matter.

| OFFICE LOCATION | Room No. E-170    Floor No. Lowrise <br> JFK Federal Building, Government Center, Boston, MA  02203 |
|---|---|
| DATE AND HOUR | June 14, 2005 <br> 10:00 AM |
| ASK FOR | Alton Saucier – District Adjudication Officer |
| REASON FOR APPOINTMENT | N-336 Appeal Application |
| BRING WITH YOU | Any evidence to support the basis of your appeal.  This notice to present to the receptionist in the waiting room upon your arrival. |

**IT IS IMPORTANT THAT YOU KEEP THIS APPOINTMENT AND BRING THIS LETTER WITH YOU.  THIS INTERVIEW MAY BE VIDEO RECORDED.**

If you are unable to do so, state your reason, sign below and return this letter to this office at once.

| I am unable to keep the appointment because: | |
|---|---|
| | Very truly yours, <br> *Denis C. Riordan* <br> Denis C. Riordan <br> District Director |
| SIGNATURE | DATE: |

cc: