UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL A. FATUROTI,        )<br>                                             )<br>        Petitioner,              )<br>v.                                      )<br>                                             )<br>IMMIGRATION AND CUSTOMS )<br>ENFORCEMENT,              )<br>                                             )<br>        Respondent.            ) | CIVIL ACTION<br>NO. 04-11791-NG |

## ORDER REGARDING INTERVIEW

The court is in receipt of Petitioner's "Response to Judge Dein's Order" (Docket No. 19). Petitioner has misconstrued the order. Petitioner is to appear for the interview by no later than thirty (30) days from the date of this order. Petitioner is to make arrangements directly with Respondent's counsel for the date, time and place of the interview. Petitioner shall be advised that his failure to comply with this Order may result in the dismissal of this action.

The Government shall file any supplemental response to Petitioner's Request for Judicial Review of the Denial of Naturalization within thirty (30) days of the date of the interview, and the Petitioner may file a supplemental response within fourteen (14) days thereafter, unless the parties mutually agree to a different briefing schedule and so notify the court.

```
                                                  / s / Judith Gail Dein
                                                  Judith Gail Dein
DATED:  May 20, 2005                              United States Magistrate Judge
```