UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL A. FATUROTI, )<br>      Petitioner, )<br>)<br>v. )<br>)<br>IMMIGRATION AND CUSTOMS )<br>ENFORCEMENT, )<br>      Respondent. )<br>)<br>)<br>) | Civil Action No.<br>04-11791-MJD |

## NOTICE OF SCHEDULING OF INTERVIEW

In accord with this Court's May 20, 2005, order, the Respondent hereby gives notice that Petitioner, Michael Faturoti has been scheduled for naturalization interview on June 14, 2005, at 10:00 a.m., at the United States Customs and Immigration Services Office in Boston located at the John F. Kennedy Federal Building, Room E170, Government Center, Boston, MA 02203.

                                            Respectfully submitted,
                                              MICHAEL J. SULLIVAN
                                              United States Attorney

                                              /s/ Mark J. Grady
                                              MARK J. GRADY
                                              Assistant U.S. Attorney
                                              U.S. Attorney's Office
                                              John Joseph Moakley U.S. Courthouse
                                              1 Courthouse Way, Suite 9200
                                              Boston, MA   02210
                                              Tel. No. (617) 748-3136

**Certificate of Service**

IT IS HEREBY CERTIFIED that on this 24th day of May 2005 service of the foregoing Motion has been made upon the following by depositing a copy in the United States mail, postage prepaid to, Michael Faturoti, PO Box 230013, Boston, MA 02123.

                                              /s/ Mark J. Grady
                                              Mark J. Grady
                                              Assistant United States Attorney