UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MICHAEL A. FATUROTI
    Petitioner

                                Civil Action No. 04-11791-MJD

    v.                            June 14, 2005

IMMIGRATION AND CUSTOMS
ENFORCEMENT    Respondent

## DECLARATION OF ALTON D. SAUCIER

I, Alton D. Saucier, of the Boston office of the Department of Homeland Security, United States Citizenship and Immigration Services, declare as follow:

1. I am employed by the United States Citizenship and Immigration Services (USCIS), United States Department of Homeland Security, Boston District office as a District Adjudication Officer.

2. I have been a District Adjudication Officer for this agency and the legacy Immigration and Naturalization Service since March, 1998.

3. In my career as a district Adjudication Officer, I have adjudicated over three thousand applications for naturalization.

4. Plaintiff Michael Faturoti was ordered by this court to appear before the United States Citizenship and Immigration Services for an interview on his naturalization application on June 14, 2005 at 10:00 A.M. at the John F. Kennedy Federal Building, Room E-170, Government Center, Boston, MA. 02203.

5. I was assigned by my supervisor to conduct said interview on June 14, 2005 at 10:00 A.M. in the USCIS office in Boston, MA.

6. On June 14, 2005, at 10:00 A.M. in Room E-170 in the John F. Kennedy Federal Building, Government Center, Boston, MA 02203 plaintiff's name was announced so that he could be interviewed by me with respect to his naturalization application. There was no response. Further, plaintiff's name was announced at the following times: 10:30 A.M., 11:00 A.M., 11:30 A.M., 12 noon and 1:00 P.M. on said date. There was no response to any of these announcements.

7. I was unable to interview Mr. Faturoti on June 14, 2005 because, to the best of my information knowledge and belief, Mr. Faturoti did not appear for said interview at the appointed time or the appointed place.

I declare under the penalty of perjury, that the foregoing is true and correct.

Executed on June 14, 2005 at Boston, MA

Alton D. Saucier
District Adjudications Officer