MICHAEL A. FATUROTI, P.O. BOX 230013, BOSTON, MA 02123-0013

TO: HON. NANCY GERTNER, U.S. DISTRICT JUDGE, U.S. DISTRICT COURT OF MASSACHUSETTS.

| | |
|---|---|
| MICHAEL A. FATUROTI,<br>    Petitioner<br><br>v.<br><br>IMMIGRATION & CUSTOMS<br>ENFORCEMENT,<br>    Respondent. | )<br>)<br>) Civil Action No.<br>) 04-11791-NG<br>)<br>) 06-18-2005<br>)<br>) |

PETITIONER'S RESPONSE TO RESPONDENT'S SECOND MOTION TO DISMISS

Your Honor, Petitioner acknowledges brief from the U.S. Attorney's Office.

Petitioner appeals to Hon. Gertner **not** to grant respondent's motion to dismiss for lack of jurisdiction. Messers Michael J. Sullivan and Mark J. Grady have **no** jurisdiction over this case not only because neither of the two gentlemen can practice law in the United States but also neither of them is registered with the U.S. Immigration Services. In other words, they are either disbarred attorneys or unauthorized aliens/unregistered immigrants. As such, they are ineligible to continue to represent the U.S. Attorney's Office. (8 CFR §§274a.1(a), 1324(a), 1324a(e)(5), 1546)).

Furthermore, Your Honor, although there was an invitation for an interview scheduled for June 14, 2005, there was none officially scheduled for that day. The invitation letter was neither authorized by the CIS Director nor passed through his office for approval. Unconfirmed rumors from very reliable sources say that the CIS Director's signature was forged on the invitation letter. That's probably why no interview was **officially** scheduled. And that's probably why the original interview scheduled for April 19, 2005 never took place. It was **not** approved by the Director.

Also, though Hon. Judith Gail Dein was named a Magistrate Judge, she's also **neither a bar attorney** nor an **authorized alien**. She's the one who gave order for this interview. If this allegation is confirmed, it means that she also lacks jurisdiction over this case. A formal investigation will reveal that she gave the order not only with prejudice, malice and bitterness but also without legal basis. Unconfirmed rumors say that she maintains that she "wants to avenge her sister." Other rumors say that she only harloting for Hon. Gertner.

Petitioner shall appreciate it very much if the Hon. District Judge will investigate these allegations before giving any consideration to the motion from the U.S.Attorney's Office.

None of the above-mentioned allegations or excuses prevented Petitioner from appearing for the June 14, 2005 interview, Your Honor, the main reason he couldn't show up is that he made a **big mistake**. One can attribute this to the fact that he suffered from an unusual amnesia that made him read June 20, 2005 and fixed his mind on it rather than on June 14, 2005. He was still preparing for the interview believing that it would be on June 20, 2005 when he received the U.S. Atorney's brief. It was after he had read the brief that he woke up only to realize that the date on the letter is June 14, 2005. Petitioner was going to put his best foot forward and his best clothes on come Monday 06-20-2005 for the interview!

Finally, in her last ruling, Hon. Nancy Gertner had decided against extending time for another interview probably to prevent any further waste of time. Petitioner's petition is for judicial review not hearing, not trial.

Since the interview order is an interlocutory or temporary decision, Your Honor, Petitioner hopes that failure to attend the interview will **not** have any significant effects on your final decision. Besides, Petitioner believes that most of the very important points relevant to the action have been covered. In order to prevent any further waste of time, Your Honor, Petitioner will appreciate it if the Hon. District Judge can proceed with the rest of the action.

Thank you very much.

NAME: MICHAEL A. FATUROTI.    SINGATURE: *[signature]*    DATE: June 18, 2005.

06-20-2005