UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL A. FATUROTI,                )<br>                                                       )<br>            Petitioner,              )<br>                                                       )<br>        v.                                         )<br>                                                       )<br> IMMIGRATION AND CUSTOMS )<br> ENFORCEMENT,                        )<br>                                                       )<br>            Defendant.              ) | CIVIL ACTION<br>NO. 04-11791-NG |

## SCHEDULING ORDER

The Court presently has Respondent's Second Motion to Dismiss, or for Other Appropriate Sanction, for Failure to Comply with this Court's Order (Docket No. 24) under advisement. The respondent is hereby ordered to file any supplemental response to Petitioner's Request for Judicial Review of the Denial of Naturalization it desires to address all the grounds for its opposition other than a lack of proof of continued good moral character. This is to enable this Court to address all relevant issues together. The supplemental filing shall be made by September 1, 2005. The petitioner may file a supplemental response within fourteen (14) days thereafter.

                                                                        /s/ Judith Gail Dein
                                                                  Judith Gail Dein
                                                                  United States Magistrate Judge

DATED: July 19, 2005