MICHAEL A. FATUROTI, P.O. BOX 230013, BOSTON, MA 02123-0013

HON. NANCY GERTNER, U.S. DISTRICT JUDGE, U.S. DISTRICT COURT OF MASSACHUSETTS,

| | |
|---|---|
| MICHAEL A. FATUROTI, ) | |
| ) | |
| Petitioner, ) | Civil Action No. |
| ) | 04-11791-NG |
| v. ) | |
| ) | July 21, 2005. |
| IMMIGRATION & CUSTOMS ) | |
| ENFORCEMENT, ) | |
| ) | |
| Respondent. ) | |

PETITIONER'S RESPONSE TO THE SCHEDULING ORDER

Petitioner acknowledges the Scheduling Order of July 19, 2005 signed by Hon. Judith Gail Dein, Your Honor.

Petitioner appeals to the substantive Judge as well as the CIS Director, Mr. Riordan, to discountenance this brief for the following reasons:

(a) Hon. Judith Gail Dein, as argued in eariler briefs, has neither court nor jurisdiction over this case any more. She's an unauthorized alien who cannot work in the United States. In addition, she has no legal basis to handle the present action. She's not a bar attorney. She does not even have a High School Diploma from this country. She's not capable of producing this document. It is the petitioner's understanding that the brief was signed by an impersonator- someone who was described by the Warren Street Jail Gate Police as   a run-away prisoner (probably Mark Grady, another unauthorized alien).

(b) Petitioner found out that some disgruntled people from 2 Ditmus Court, a BHA Development, conspired to prepare the brief. It is being rumored that Steven Omoreghe a.k.a. Steven Ogboyobi, a.k.a. Steven Enujekwe of APT 123, 'Bimpe Adeyinka of APT 132, Adenike Toriola, also of APT 132, and Olayombo Janet Yerokun a.k.a Mika Bryznski of  no known address, are the criminals and run-away prisoners who produced the brief.

These individuals have been hiding-out at 2 Ditmus Court illegally. They are being thrown out because BHA is remodeling its building. The reasons they did so are: Petitioner refused to harlot with them;  they believe that Petitioner has something to do with why they are being thrown out of their hide-out. They conspired to write the brief so as to cause trouble and therefore obstruct justice.

There is no reason for the Respondent or the Petitioner to wait till September 1, 2005 to respond. It is Petitioner's contention that the brief has neither jurisdictional nor legal basis. It should, therefore, be discountenanced, Your Honor.

Petitioner will be happy if Hon. Gertner can investigate the matter for confirmation so as to prevent unnecessary waste of valuable time.

Thank you very much, Your Honor.

NAME: Michael A. Faturoti    SIGNATURE: [signature]    DATE: July 21, 2005.