UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MICHAEL A. FATUROTI,<br>　　　　Petioner, | )<br>) | |
| | ) | Civil Action No. |
| v. | ) | 04-11791-MJD |
| | ) | |
| IMMIGRATION AND CUSTOMS<br>ENFORCEMENT,<br>　　　　Respondent. | )<br>)<br>) | |
| | )<br>)<br>) | |

## MOTION TO EXTEND THE TIME TO FILE A RESPONSIVE PLEADING AS DIRECTED FROM SEPTEMBER 1, 2005 to SEPTEMBER 13, 2005

The Respondent requests that the time to file its memorandum in response to this Court's July 17,2005 order be extended , from September 1, 2005, until September 13, 2005.  In support of the motion, the Respondent states that:

Undersigned counsel experienced an unexpected death in the family during the week of August 22, 2005, and has longstanding vacation plans for the week of August 29th through September 6, 2005.   As a result, it is not reasonably possible to complete the requested memorandum prior to September 1, 2005.

Respondent requests an extension of seven days from counsel's return from vacation to complete the memorandum.

Wherefore, the Respondent requests that the motion be allowed.

Respectfully submitted,
MICHAEL J. SULLIVAN
United States Attorney

 /s/ Mark J. Grady
MARK J. GRADY
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA  02210
Tel. No. (617) 748-3136

**Certificate of Compliance**

I hereby certify that on August 24, 2005, I attempted to speak to Petitioner Faturoti concerning resolution of this matter.  The  telephone number provide by the petitioner was answered by a series of beeps (like a fax).

 /s/ Mark J. Grady
Mark J. Grady
Assistant United States Attorney

**Certificate of Service**

IT IS HEREBY CERTIFIED that on this 24th day of August 2005  service of the foregoing Motion has been made upon the following by depositing a copy in the United States mail, postage prepaid to, Michael Faturoti, PO Box 230013, Boston, MA 02123.

 /s/ Mark J. Grady
Mark J. Grady
Assistant United States Attorney