MICHAEL A. FATUROTI, P.O. BOX 230013, BOSTON, MA 02123-0013.

TO: HON. NANCY GERTNER, U.S. DISTRICT JUDGE, DISTRICT OF MASSACHUSETTS.

| | |
|---|---|
| MICHAEL A. FATUROTI,<br>        Petitioner, | )<br>)<br>) Civil Action No.: |
| v. | ) 1:04-cv-11791-NG<br>) |
| Immigration & CUSTOMS ENFORCEMENT,<br>        Respondent | ) 08/29/2005.<br>)<br>) |

**PETITIONER'S MOTION URGING THE DISTRICT JUDGE TO PROCEED WITH ACTION INSPITE OF JUDGE DEIN'S ELECTRONIC ORDER.**

Petitioner acknowledges Notice of Electronic Order. However, petitioner appeals to the substantive Judge to proceed with action without having to wait till 09/13/2005 for Respondent's supplemental response to avoid wasting valuable time.

Your Honor, Petitioner wishes to remind your Hon. District Judge that this action has been pending since 1999. Wasting valuable time may not be in the best interest of the Petitioner.

Petitioner also wishes to urge Your Hon. District Judge to discourage Hon. Judge Dein and whoever may want to impersonate her Hon. Magistrate Judge to desist from exercising jurisdiction on the present action. Hiring illegal and unauthorized aliens may constitute a criminal offense. (8 CFR §§274a.1(a), 1324(a), 1324a(e)(5) & 1546)).

The immigration authorities, i.e., Bureau of Citizenship & Immigration Services, knowing fully well that unauthorized aliens cannot practice or work in the United States, may **not want to honor any orders given by Hon. Magistrate Judge Dein.**

Petitioner is making this appeal in the interest of fair and speedy justice. Unnecessarily delaying or dragging this action may not be in the interest of the Petitioner, Your Honor.

Thank you immensely.

NAME: MICHAEL A. FATUROTI   SIGNATURE: *[signature]*   DATE: 08/29/2005.

09/01/2005