MICHAEL A. FATUROTI, P.O. BOX 230013, BOSTON, MA 02123-0013

'TONY ANASTAS, CLERK OF COURT & HON. GERTNER, DISTRICT JUDGE, U. S. DISTRICT COURT OF MASSACHUSETTS.

| | |
|---|---|
| MICHAEL A. FATUROTI, ) | |
| ) | |
| Petitioner, ) | Civil Action No. |
| ) | 04-11791-NG |
| v. ) | |
| ) | Aug. 19, 2005. |
| IMMIGRATION & CUSTOMS ) | |
| ENFORCEMENT, ) | |
| ) | |
| Respondent. ) | |

PETITIONER'S MOTION TO HAVE A COPY OF COURT DECISION ON PETITION

Petitioner is aware of some rumors that Hon. Nancy Gertner, U.S. District Judge, has reached a favorable decision and has made a final decree on Petitioner's petition for Judicial Review. Unconfirmed rumors have it that a copy of the decree/decision has been made available to the Immigration Authorities, i.e., Denis Riordan, Director, Bureau of Citizenship and Immigration Services (BCIS).

Petitioner will be glad if the Clerk of Court will confirm this rumor and make a copy of the decision/decree available to Petitioner.

Earlier on, Petitioner was ordered to pay a $150.00 court fees which Petitioner has already fulfilled.

The Immigration Act of 1990 (IMACT'90) provides, among other things, that the Court has exclusive authority over the administration of oaths ((INA §310(b)(1)(B); INA §310(b)(5)).

This exclusive authority expires 45 days after the BCIS has certified the applicant, eligible for naturalization (INA §310(b)(3)(A)(i).

After 45 days, the applicant may choose whether to have the oath administered by the BCIS or the Court ((INA§§310(b)(1), 337(a)).

To be able to make this choice, Petitioner needs a copy of the Court's decision/edit.

With the understanding that the BCIS has, as early as Aug. 20, 2004, been continually certifying the applicant eligible, Petitioner implores the Clerk of Court and the District Judge to make this document available to Petitioner.

A million thanks.

NAME: FATUROTI, MICHAEL A.   SIGNATURE: [signature]   DATE: Aug. 19, 2005.

09/01/2005