UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL A. FATUROTI,            )<br>    Petitioner,                                )<br>                                                )    Civil Action No.<br>v.                                             )    04-11791-MJD<br>                                                )<br>IMMIGRATION AND CUSTOMS   )<br>ENFORCEMENT,                          )<br>    Respondent.                              )<br>                                                )<br>                                                ) | |

**UNITED STATES' RESPONSE TO THE COURT'S JULY 19, 2005 ORDER DIRECTING THAT THE RESPONDENT IDENTIFY ANY ADDITIONAL BASES BEYOND "GOOD MORAL CHARACTER" THAT MAY PRECLUDE PETITIONER"S ELIGIBILITY FOR NATURALIZATION**

The Petitioner, Michael Faturoti, has petitioned this Court for review of the denial of his naturalization petition by immigration officials pursuant to 8 U.S.C. §1421(c). Based upon the unique circumstances of this action (more fully outlined in the Respondent Motion Seeking an Order Directing that Petitioner Appear For a Naturalization Interview, Docket #04-11791-MGD, #8), Petitioner Michael Faturoti ("Faturoti") was directed to appear for a naturalization interview. After Faturoti had failed to appear on several occasions for interview, the Respondent moved to dismiss the instant action for failure to comply with this court's order. See Respondent's Second Motion to Dismiss, Docket #04-11791-MGD, #24-25.

On July 19, 2005, this Court directed that the Respondent provide a memorandum outlining any and all additional bases beyond "good moral character" upon which to Respondent intended to rely in seeking denial of Petitioner's naturalization.

The Respondent concedes error in the reliance upon information obtained from the SAW application, and absent the Court ordered naturalization interview, Respondent is presently

unable to identify any additional barrier to Petitioner's naturalization beyond an evaluation of "good moral character."

                                                      Respectfully submitted,
                                                      MICHAEL J. SULLIVAN
                                                      United States Attorney

                                                      /s/ Mark J. Grady
                                                     MARK J. GRADY
                                                     Assistant U.S. Attorney
                                                     U.S. Attorney's Office
                                                     John Joseph Moakley U.S. Courthouse
                                                     1 Courthouse Way, Suite 9200
                                                     Boston, MA   02210
                                                     Tel. No. (617) 748-3136

### Certificate of Service

IT IS HEREBY CERTIFIED that on this 13th day of September 2005  service of the foregoing Response has been made upon the following by depositing a copy in the United States mail, postage prepaid to, Michael Faturoti, PO Box 230013, Boston, MA 02123.

                                                     /s/ Mark J. Grady
                                                   Mark J. Grady
                                                   Assistant United States Attorney