MICHAEL A. FATUROTI, P.O. BOX 230013, BOSTON, MA 02123-0013

HON. NANCY GERTNER, U.S. DISTRICT JUDGE, U.S. DISTRICT COURT OF MASSACHUSETTS.

| | |
|---|---|
| MICHAEL A. FATUROTI, ) | |
| Petitioner, ) | |
| ) | Civil Action No. |
| v. ) | 04-11791-NG |
| ) | |
| IMMIGRATION & CUSTOMS ) | 10/19/2005. |
| ENFORCEMENT, ) | |
| Respondent. ) | |

PETITIONER'S RESPONSE TO JUDGE DEIN's ORDER OF 10/17/2005 DENYING PETITIONER'S MOTION TO IGNORE RESPONDENT'S RESPONSE.

Petitioner acknowleges Hon. Judge Dein's electronic order denying Petitioner's motion to ignore Respondent's response, Your Honor.

However, Petitioner continues to appeal to your court to disregard the order not only because Hon. Dein no longer has jurisdiction over this action on the basis of ineligibility to work in the United States (unauthorized alien) and lack of competency for she does not have a law degree (not a bar attorney) but also because of her conflict of interest. 28 USC §1330; Potteiger v. Fidelity-Philadelphia Trust Co., 227 A. 2d 864, 424 Pa. 418 - Courts 11, 17. (See: Words & Phrases (pocket part) vol. 23A p. 105).

Earlier, Petitioner argued how Judge Dein ordered an interview simply because she wanted to "avenge my sister." This fact not only proves malice afore-thought and prejudice but also conflict of interest. 28 USC §144; 463 F.2d 600, 602; 514 F. 2d 38, 41. (Steven H. Gifis, Dictionary of Legal Terms, 2nd Edition 1993 p. 90; Steven H. Gifis, Law Dictionary, Barron's Legal Guides 3rd Edition 1991 pp. 88-89).

Petitioner wishes to direct the attention of the substantive Judge to title 8 of United States Code section 1422 which provides that "The right of a person to become a naturalized citizen of the United States shall not be denied or abridged because of race or sex or because such a person is married." Hon. Judge Dein's intention is believed to be an attempt to block or prevent Petitioner from achieving this goal.

Finally, Petitioner also wishes to remind Hon. Judge Gertner of the provision of the statute of Limitations on the status of the Petitioner (applicant) that any decision different from ignoring Hon. Dein's electronic order, may violate the five-year status of limitations. I applied for a change of status in 1988 and 1989 respectively - more than 10 years ago! "After five years, the alien's status is unassailable. 8 USC §1256(a); Quintana v. Holland, 255 F.2d 161, 164 (3rd Cir. 1958).

Thank you very much, Your Honor.

NAME: FATUROTI, Michael A.   SIGNATURE: [signature]   DATE: 10/19/2005