UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MICHAEL A. FATUROTI,          ) | |
|     Petitioner,         ) | |
|                          ) | Civil Action No. |
| v.              ) | 04-11791-MJD |
|                          ) | |
| IMMIGRATION AND CUSTOMS   ) | |
| ENFORCEMENT,          ) | |
|     Respondent.         ) | |

**RESPONDENT'S THIRD MOTION TO DISMISS, OR FOR OTHER APPROPRIATE SANCTION, FOR FAILURE TO COMPLY WITH THIS COURT'S ORDER**

The Respondent moves for dismissal pursuant to Fed. R. Civ. P. 41(b) on the ground that Petitioner has failed to comply with this Court's orders and/or prosecute his claim.

The Respondent submits the attached memorandum in support of the motion.

WHEREFORE, in accord with Fed. R. Civ. P. 41(b), the Respondent requests that the Petitioner's claim be dismissed, or that this Court enter such sanction as it deems just.

>Respectfully submitted,
>
>MICHAEL J. SULLIVAN
>United States Attorney
>
> /s/ Mark J. Grady
>MARK J. GRADY
>Assistant U.S. Attorney
>U.S. Attorney's Office
>John Joseph Moakley U.S. Courthouse
>1 Courthouse Way, Suite 9200
>Boston, MA   02210
>Tel. No. (617) 748-3136

**Certificate of Compliance**

I hereby certify that on December 15, 2005, I attempted to contact the Petitioner at the phone number listed on the Court's docket. This number has (intermittently during the litigation) been answered by the Petitioner. On December 15, 2005, (as on several previous occasions) the call was answered by a series of beeps and appears to be a fax or modem line. I was unable to reach the Petitioner.

> /s/ Mark J. Grady
>Mark J. Grady
>Assistant United States Attorney

**Certificate of Service**

IT IS HEREBY CERTIFIED that on this 21st day of December 2005 service of the foregoing Motion and accompanying Memorandum has been made upon the following by depositing a copy in the United States mail, postage prepaid to, Michael Faturoti, PO Box 230013, Boston, MA 02123.

> /s/ Mark J. Grady
>Mark J. Grady
>Assistant United States Attorney