UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL A. FATUROTI, )<br>　　　Petitioner, )<br> ) <br>v. ) <br> ) <br>IMMIGRATION AND CUSTOMS )<br>ENFORCEMENT, )<br>　　　Respondent. )<br> )<br> )<br> ) | Civil Action No.<br>04-11791-MJD |

**RESPONDENT'S THIRD MOTION TO DISMISS, OR FOR OTHER APPROPRIATE SANCTION, FOR FAILURE TO PROSECUTE AND/OR COMPLY WITH THIS COURT'S ORDERS**

The Respondent submits this memorandum in support of its third motion to dismiss pursuant to Fed. R. Civ. P. 41(b) on the ground that Petitioner has consistently failed to comply with this Court's orders, most recently, by failing to attend a scheduled conference on December 14, 2005.

**Facts**

On March 24, 2005, this Court allowed the Respondent's motion requesting that the Petitioner be directed to appear for fingerprinting and a naturalization interview. In the order, this Court directed that the interview be completed within thirty days.

In compliance with the deadline set by this Court initially, the Petitioner was scheduled for a naturalization interview on April 19, 2005, at 10:00 a.m. On that date, a dispute arose as to when the Petitioner appeared for interview on that date. Immigration officials contended that Petitioner did not appear until some time in the afternoon, whereas Petitioner claims to have been present all day.

In lieu of resolving this dispute, the interview was rescheduled for April 25, 2005. Undersigned counsel spoke with the Petitioner by telephone on April 21, 2005, and informed him of the new April 25, 2005, interview (10:00 a.m.) time and date. Petitioner failed to appear for interview on April 25, 2005.

Upon motion of the Respondent, on April 26, 2005, this Court ordered the Petitioner to appear on May 11, 2005, at 10:00 a.m., at the United States Customs and Immigration Services Office in Boston, located at the John F. Kennedy Federal Building, Room E160, Government Center, Boston, MA 02203. On April 28, 2005, Petitioner filed a motion to reconsider this Court's order. That motion was denied on May 9, 2005.

On May 11, 2005, Petitioner failed to appear for interview. On May 16, 2005, the Respondent filed its first motion to dismiss contending that the Petitioner had failed to comply with this Court's March 24, 2005, order. On May 20th, this Court denied the motion to dismiss without prejudice, however, entered a second order directing that Petitioner appear for interview. That Order expressly informed the Petitioner that a failure to appear may result in dismissal.

On May 24, 2005, the Respondent filed a "Notice of Scheduling of Interview" appraising the Petitioner that a further interview had been scheduled on June 14, 2005, at 10:00 a.m. at the United States Customs and Immigration Services Office in Boston located at the John F. Kennedy Federal Building, Room E170, Government Center, Boston, MA 02203.

On May 31, 2005, the Petitioner filed a "Response" with this Court (apparently) requesting that this court "verify" that the notice of interview forwarded by immigration officials was signed by the "Director" and that "the guys from the Office of the U.S. Attorney are

registered bar attorneys. . . ." As grounds for this request, Petitioner contended that "the U.S. Attorney's Office continues to be represented by illegal aliens who are not authorized to work in the United States. . . ."

On June 14, 2005, Petitioner failed to appear for his interview.

On June 16, 2005, the United States filed a second motion to dismiss on the ground that the Petitioner had not complied with this Court's order. After additional briefing, in which United States conceded that the applicable statute barred immigration officials from relying upon certain information used to deny the Petitioner's application for naturalization, that motion was denied and a conference was set for December 14, 2005. On December 14, 2005, Petitioner failed to appear and this Court indicated that it would entertain a further motion to dismiss for failure to prosecute and/or comply with this Court's orders.

## **Argument**

The Petitioner in this matter has consistently disregarded this Court's orders. Rule 41(b) of the Federal Rules of Civil Procedure provides that "[f]or failure of the plaintiff to prosecute or to comply with these rules or any order of court, a defendant may move for dismissal of an action or of any claim against the defendant." Fed. R. Civ. P. 41(b).

In light of the Petitioner's consistent failure to comply with this Court's orders, the Respondent requests that the petition be dismissed.

**Conclusion**

WHEREFORE, in accord with Fed. R. Civ. P. 41(b), the Respondent requests that the Petitioner's claim be dismissed, or that this Court enter such sanction as it deems just.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

 /s/ Mark J. Grady
MARK J. GRADY
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA   02210
Tel. No. (617) 748-3136