Michael A. Faturoti
P.O. Box 230013
Boston, MA 02123-0013

Jan. 11, 2005

617 442-7312

U.S. District Court
District Court of Massachusetts
U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Attn.: Chief Judge Paul Young

Hi.
I am writing again to seek a solution to my petition for judicial review being handled by Hon. Nancy Gertner, U.S. District Judge.

It appears that Hon. Gertner is tired of handling the case. It also appears that her criminal record has become too stressful for her to continue to be efficient and successful in handling the case. I overheard her discuss loosely about the case among criminals in prison about how she's juggling the role of several people together to make the case too boring for her.

Hon Nancy Gertner is always looking for more trouble, using criminals to promote her conflict of interest. She is pushing for "citizenship by proxy."

Hon. Gertner has been hiring unauthorized aliens and harlots to oppose and write 'criminal' letters to prevent justice and fair play. In my original petition, I complained about the role of harlots at the INS office in Boston. In spite of that, Hon. Gertner continues to use those harlots both to handle the case and to constitute a barrier.

The District Judge has repeatedly discussed among her criminal or prisoner friends that she's playing the role of three individuals to promote her conflict of interest. She's been quoted as saying that she's the one acting the role of Magistrate Judge Dein also known as Ms kehinde Akinleye, a harlot and an unauthorized alien. She's also been quoted as claiming that she's the one playing the role of the Office of the U.S. Attorney (Mark Grady & Sullivan). She's also the substantive Judge (District Judge).

She's also said to claim that she had told the Petitioner about this but the petitioner has not been able to complain about it to end her criminal game. Hence my letter.

Another allegation is about the incessant meetings she's been holding with Mr. Sunday Adeseko a.k.a. Romney and other criminals including convicted murderers about how to collaborate and collude to get rid of the Petitioner. The latter has said that "No one can be a citizen in his state." The latter has also tried on more than one occasion to erase petitioner's name from Boston University and Northeastern University records respectively.

Hon. Gertner has also hired and used harlots to stalk, blackmail and cause trouble for petitioner in order to prevent him from obtaining justice and fair play. Dennis Ogboyobi is one of these harlots who has been parading himself as the CIS Director so that other collaborators can believe him and block me from obtaining justice and fair play. Dennis Ogboyobi has been following me everywhere and pushing other harlots and women in general to set me up and prevent me from obtaining justice.

I shall be happy if the Chief Judge can help investigate these allegations to see if Hon. Gertner is still qualified to continue to handle the case with fairness and without prejudice.

Thank you very much.

Sincerely,

Michael Faturoti.

Jan. 11, 2005.