UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Michael A. Faturoti**       )<br>    **Petitioner,**           )<br>                              )<br>    v.                        )<br>                              )<br>**U.S. Immigration and**      )<br>**Customs Enforcement**       )<br>    **Respondent.**           ) | No. 04-cv-11791-NG |

**GERTNER, D.J.:**

<u>ORDER</u>
March 14, 2006

Petitioner has written a letter to this Court, requesting that the case remain open and that he be provided a copy of this Court's decision dismissing his claim.

Petitioner is hereby advised that this Court did not write an opinion closing his case. Rather, after reviewing Magistrate Judge Dein's Report and Recommendation and Petitioner's response, this Court adopted the Report and Recommendation in full. Magistrate Judge Dein's report explains the reasons for this Court's decision to grant the motion to dismiss and close the case.

This Court will construe Petitioner's letter [document #43] as a motion for reconsideration. That motion is **DENIED**. If Petitioner wishes to further pursue his claim, he must do so in the appellate court, and he may wish to seek the help of counsel in order to file an appeal.

**SO ORDERED.**

Dated: March 14, 2006                    s/ NANCY GERTNER U.S.D.J.