MICHAEL A. FATUROTI, P.O. BOX 230013, BOSTON, MA 02123-0013.

UNITED STATES APPEALS COURT, BOSTON, MASSACHUSETTS.
ATTN.: THE CLERK OF COURT.

2006 MAR 23  P 3: 45

FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

| | |
|---|---|
| Michael A. Faturoti ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Case No. 04-cv-11791-NG |
| ) | |
| U.S. Immigration and ) | March 21, 2006. |
| Customs Enforcement ) | |

Your Honor, Petitioner acknowledged receipt of Hon. Gertner's Order of March 14, 2006 and wishes to enumerate the following points as the basis of his appeal of her order or decision...Some of the points were communicated to the Chief Judge Young (10/16/2005 & 01/11/2006) but he could not do anything about it because he is hired by Hon. Gertner.

Matter of Jurisdiction: Hon. Nancy Gertner, District Judge by promotion from Magistrate Judge.; real name, Ms Mopelola Adeyinka. Age: 44. Educated at Ijesha Local .Authority School .I, Esa-Oke, Oshun State, Nigeria.

Petitioner was made to believe that she is a substantive Judge with Bar Licence and a Law Degree though School is unknown. In reality, she was a harlot who was promoted to positon of Magistrate and later to District Judge. No American Education. Petitioner did not suspect any thing until Hon. Gertner started to say that Petitioner did not know that she could be a criminal Judge.

Hon. Magistrate Judge Judith Gail Dein. real name: Kehinde Akinleye. Age 50. Educated at Ijesha Local Authority School II, Esa-Oke, Oshun State, Nigeria.. Also started as a harlot and later promoted to position of Magistrate Judge. Petitioner soon found out when Hon. Dein began to complain that she doesn't have to take permission from Hon. Gertner that they are both women doing similar thing.

Hon. Gertner soon replaced her (Dein) when Petitioner complained that she shouldn't have jurisdiction over the case (not suspecting that Hon. Gertner was in similar situation) because of her lack of education in Law or a Bar Licence and for her lack of competency in law or immigration matters. When Hon. Gertner replaced her, she combined both roles simultaneously acting both positions of Hon. Magistrate and Hon. District Judges without advising Petitioner of her added role.

Both shouldn't have had jurisdiction over this case because of their lack of educational and legal competency. Hon. Dein was always running around Petitioner until she found one Kola Isola whose mistress she later became. She complained that Petitioner won't love her and "He won't bribe us." How can the Court expect two women with half a dozen years of education each to handle so complex legal matters such as Immigration?

Conflict of Interest & Abuse of Discretion: Combining both positions of Magistrate Judge with that of District Judge introduced a conflict of interest and Abuse of Discretion that prejudiced both her position and judgment.

When Hon. Gertner received case in February 1999, she was an unregistered and unauthorized immigrant without permission to work in the United States. That situation did not change until 2005 when she obtained an Alien Resident Card through Petitioner's father.

Interview Order With Prejudice: Hon Magistrate Gail Dein ordered another immigration interview not only because "he", the Petitioner, "won't make love to me" but also because "I want to avenge my Sister." To ensure they have their way and change the immigration law, by breaking Petitioner, they forged signatures to interview letters so as to be able to support their claim that Petitioner refused to obey court's orders. These are instances of conflict of interest and bias. Before Petitioner was ordered to pay the $150.00 filing fees, Hon. Gertner made a secret arrangement with Ms Oprah Winfreh to park on Petitioner's head as an indebted drug dealer without Petitioner's consent. Petitioner had to intelligently seek help from the CIS to get rid of the parking. This is another incident of Judge bias and conflict of interest which would have relieved the Judge of her role in the case. 28 USCA §144; 28 USCA §455(b)(4) & 55 ALR Fed 650.

Hon. Dein was removed and Hon. Gertner started to play her (Dein's) role simultaneously with hers Without advising Petitioner of the change.

The use of the SAW Application Infomation: Respondent concedes error in using same to reject application for naturalization. The SAW application information is assumed suppressed. under "the fruit of the poisonous tree" doctrine.

The Case Status Conference (a meeting of harlots and drug dealers and not a meeting of lawyers or judges to determine case status. Petitioner cannot determine status of own case (petition). Had Petitioner attended such conference, he would have been enrolled with drug dealers and photographed with them which would have compromised his position. It would have also indicated that Petitioner is not of good moral character. The case status confernce is another instance of the Conflict of interest and bias because that was a meeting of Drug Dealers and harlots who would have made sure that Petitioner failed to meet the Good Moral Character requirement by attending their meeting and by associating with them.

Point emphasized by INS (CIS) Chief Legal Counsel (Failure to meet lawful adimmission conditions) not mentioned or litigated at all until Petitioner mentioned it in his last brief before case closed. Petitioner's lawful admission into the country was ascertained when he filed form I-485 in 1989.

Court's Final Decision based on failure to attend so-called case status conference (a meeting meant for the lawyers/Judges who decide cases not on the real reason the Chief Legal Counsel (INS) denied the application. That Judicial Review should be de novo does not imply ignoring the real reason application was denied can be ignored.

Attempts to Use Petitioner's Case to Solve Hon. Gertner's Problems. Unconfirmed rumors say that Hon. Gertner is heavily indebted to Ms Oprah Winfred and that's the reason she wanted to use Petitioner as collateral to meet her drug problems. Hon. Gertner also tried to high-jack Petitioner's case to solve her immigration problems. Petitioner tried to convince her privately that citizen by proxy is against immigration laws. Application for naturalization does not begin with Judicial Review or the Oath ceremony. She insisted that she had to have everything she wanted to give Petitioner the Decision. Hon. Gertner also tried to solve her health problems with the Case. She allegedly intelligently coaxed a $5000.00 AIDS vaccine from Petitioner's daughter Ms Grace 'Funto Faturoti. She similarly coaxed an Alien Resident Card from Petitioner's father so as to avoid deportation. "Can you deposit $5000.0 in my account was allegedly whispered to the Petitioner one night. These are instances of Judge Bias and partiality that could recluse Judge from a case. 28 USCA §144; In re Medrano Diaz, Bkrtcy.D.Puerto Rico 1995, 182 B.R. 654. Also U.S. v. Sykes, C.A.7 (Wis.) 1993, 7 F.3d 1331.

For these and other reasons, Petitioner plans to seek further consideration from the U.S.

Appeals Court.

Besides the Court, there is a Committee of Decision-makers made-up of room-mates and associates in area correction schools, i.e., penitentiaries. Some of the names of Committee members include unregistered immigrants, and convicted aggravated felons. Those individuals make the Hon. Gertner's Court seem like Kangaroo Court. (Aggravated felons are prisoners convicted of rape or murder, or burglary, or drug trafficking, or armed robbery, etc.).

This is probably one of the reasons why the rumored initial favorable decision sent to the CIS differs from the final decision just handed down to Petitioner. In fairness to Hon. Gertner, she privately advised Petitioner to visit the Immigration Office and bribe some people so that they would agree to what she decided because (according to her, "She already bought them."). However, Petitioner could n't do so because it might go against Petitioner when considering the requirement of Good Moral Character.

Hon. Gertner's Final Decision was probably beclouded by DJ's criminal record but also prejudiced and influenced by other felons with whom she shared prison cells and membership of that committee they run as mafia.

Some of the members of the committee are: Mr. Sunday Adeseko a.k.a. Mr. Mitt Romney; Mr. A. F. Yerokun a.k.a. Onigbinde a.k.a. Onigbogi a.k.a. Father Frank; Mr. David Ojo Oluwole Onipede; Mr. Stephen 'Dimeji Omoreghe a.k.a. Steven Enujekwe a.k.a Steven Ogboyobi; Ms Oluyomi Yerokun a.k.a. Mika Bryzinsky; Ms Mopelola Adeyinka a.k.a. Hon. Nancy Gertner;. (Mopelola - Gertner) is Yomi's (Mika) room-mate; Kehinde Akinleye a.k.a. Hon. Judith Gail Dein. With these individuals making arrangements and paying for briefs whenever they deem fit, the District Court operates like a Kangaroo Court. There is very little discipline. People operate as if they are above the law. Some of these individuals were punished for writing criminal letters against the Petitioner on Supplemental Security Income. Others confiscate or sit on valuable items bought by Petitioner through the mail (USPS stations) in the neighborhood.

Mr. David Oluwole Onipede is a member of the Committee (Mafia) and one of the convicted rapists who continually accuses Petitioner of being a sorcerer or wizard, a prejudice shared by Hon. Gertner and Hon. Dein. Similarly for Mr. Amos F. Yerokun, another convicted aggravated felon. Petitioner does not think that becoming a sorcerer or a member of the Wizards has anything to do with citizenship or immigration laws. Petitioner does not violate any immigration laws or any law for that matter. Membership of fraternal or mafia groups can make a judge recluse him/herself from a case because of bias. 75 ALR3d 1021.

Thank you, Your Honor.

NAME: Michael A. Faturoti     SIGNATURE: *[signature]*     DATE: 03/21/2006.

MR FATUROTI FILED THE PETITION PRO SE.

Suffolk SS
State of Massachusetts                                    March 22, 2006
Then personally appeared before me the above named Michael A. Faturoti who made oath that the foregoing statements are his free act and deed and who produced his drivers license as Identification.

*[signature]*
David Ziskend
Notary Public

DAVID ZISKEND
Notary Public
Commonwealth of Massachusetts
My Commission Expires
July 14, 2011