APPEAL

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:04-cv-11791-NG

Faturoti v. Immigration and Customs Enforcement  
Assigned to: Judge Nancy Gertner  
Cause: JS 44 Sec. IV - no matching citation currently in database

Date Filed: 06/21/2004  
Jury Demand: None  
Nature of Suit: 890 Other Statutory Actions  
Jurisdiction: U.S. Government Defendant

**Petitioner**

**Michael A. Faturoti**      represented by **Michael A. Faturoti**
P.O. Box 230013
Boston, MA 02123-0013
617-442-7312
PRO SE

V.

**Respondent**

**Immigration and Customs Enforcement**      represented by **Mark J. Grady**
United States Attorney's Office
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3136
Fax: 617-748-3971
Email: mark.grady@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/21/2004 | 1 | PETITION for Judicial Review by Michael A. Faturoti.(Filo, Jennifer) Modified on 9/8/2004 to correct filing date per Judge Gertner (Filo, Jennifer). (Entered: 08/24/2004) |
|  |  |  |

| | | |
|---|---|---|
| 08/17/2004 | | Filing fee: $ 150.00, receipt number 58029 regarding Petition for Judicial Review (Filo, Jennifer) (Entered: 08/25/2004) |
| 08/17/2004 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Dein. (Filo, Jennifer) (Entered: 08/25/2004) |
| 08/17/2004 | | Summons Issued as to Immigration and Customs Enforcement. (Filo, Jennifer) (Entered: 08/25/2004) |
| 09/08/2004 | 2 | Judge Nancy Gertner : ORDER entered REFERRING CASE to Magistrate Judge Judith G. Dein Referred for: Full Pretrial/Dispositive Motions(Filo, Jennifer) (Entered: 09/08/2004) |
| 09/21/2004 | 4 | Letter/request (non-motion) from Michael Faturoti re: Order of Reference. (Filo, Jennifer) (Entered: 09/29/2004) |
| 09/27/2004 | 3 | MOTION for Extension of Time to November 24, 2004 to File Answer re 1 MOTION for Judicial Review by Immigration and Customs Enforcement.(Grady, Mark) (Entered: 09/27/2004) |
| 09/28/2004 | | Judge Judith G. Dein : Electronic ORDER entered granting 3 Motion for Extension of Time. Respondent's response to 1 Petitioner's Petition for Judicial Review due by 11/24/04. (Dambrosio, Jolyne) (Entered: 09/28/2004) |
| 10/06/2004 | 5 | Letter/request (non-motion) from Michael Faturoti to Mag. Judge Dein. (Filo, Jennifer) (Entered: 10/14/2004) |
| 11/08/2004 | | Electronic Remark: responsive letter to pro se letters (#4 and #5) sent by Pro Se Staff Attorney. (Greenberg, Rebecca) (Entered: 11/16/2004) |
| 11/23/2004 | 6 | MOTION for Extension of Time to December 31, 2004 to File Answer re 1 MOTION for Judicial Review by Immigration and Customs Enforcement.(Grady, Mark) (Entered: 11/23/2004) |
| 11/29/2004 | | Judge Judith G. Dein : Electronic ORDER entered granting 6 Motion for Extension of Time. Respondent's Answer or other responsive pleading to be filed by 12/31/04. (Dambrosio, Jolyne) (Entered: 11/29/2004) |
| 01/05/2005 | 7 | MOTION for Extension of Time to January 31, 2005 to File Answer by Immigration and Customs Enforcement.(Grady, |

| | | |
|---|---|---|
| | | Mark) (Entered: 01/05/2005) |
| 01/06/2005 | | Judge Judith G. Dein : Electronic ORDER entered granting 7 Motion for Extension of Time. Respondent's answer or other responsive pleading to be filed by 1/31/2005. (Dambrosio, Jolyne) (Entered: 01/06/2005) |
| 01/31/2005 | 8 | Response by Immigration and Customs Enforcement *to the Petition for Review And Motion For An Order Directing Petitioner to Appear for Fingerprinting and Naturalization Interview*. (Attachments: # 1 Exhibit 1- Naturalization Decision, dated 9/11/97# 2 Exhibit 2 - Naturalization Appeal Decision, dated 11/9/98# 3 Exhibit 3- Memo and Order, dated 3/27/98# 4 Exhibit 4- Naturalization Petition# 5 Exhibit 5- Notice of Administrative Appeal, dated 9/12/97)(Grady, Mark) (Entered: 01/31/2005) |
| 03/24/2005 | 9 | Judge Judith G. Dein : ORDER entered granting 8 Respondent's Motion For Order Directing Petitioner to Appear for Fingerprinting and Naturalization Interview.(Dambrosio, Jolyne) (Entered: 03/24/2005) |
| 03/28/2005 | 11 | Response by Michael A. Faturoti to 9 Order. (Filo, Jennifer) (Entered: 04/13/2005) |
| 03/30/2005 | 10 | Response by Michael A. Faturoti to 9 Magistrate Judge Dein's Order. (Patch, Christine) (Entered: 04/01/2005) |
| 04/04/2005 | 12 | Letter/request (non-motion) from Petitioner to U.S. Department of Homeland Security. (Filo, Jennifer) (Entered: 04/13/2005) |
| 04/21/2005 | 13 | MOTION for Extension of Time to April 25, 2005 to Comply With This Court's March 24, 2005, Order *To Complete The Naturalization Interview of Petitioner and For Thirty Days to File a Supplemental Response Upon Completion of the Interview* by Immigration and Customs Enforcement.(Grady, Mark) (Entered: 04/21/2005) |
| 04/26/2005 | 14 | Second MOTION for Extension of Time to May 11, 2005 to Complete Naturalization Interview and for an Order Directing Petitioner to Appear by Immigration and Customs Enforcement. (Attachments: # 1 Text of Proposed Order) (Grady, Mark) (Entered: 04/26/2005) |
| 04/26/2005 | | Judge Judith G. Dein : Electronic ORDER entered finding as moot Respondent's 13 Motion for Extension of Time in light of |

| | | |
|---|---|---|
| | | Motion #14. (Dambrosio, Jolyne) (Entered: 04/26/2005) |
| 04/26/2005 | 15 | Judge Judith G. Dein : ORDER entered directing Petitioner to appear for naturalization interview. (Dambrosio, Jolyne) (Entered: 04/26/2005) |
| 04/26/2005 | | Judge Judith G. Dein : Electronic ORDER entered granting 14 Second Motion for Extension of Time to Comply with Court Order. Respondent's Supplemental Response due by 6/10/05; Petitioner's supplemental response is due fourteen (14) days thereafter. (Dambrosio, Jolyne) (Entered: 04/26/2005) |
| 04/26/2005 | 16 | MOTION for Extension of Time for Compliance for March 24, 2005 Order by Michael A. Faturoti.(Filo, Jennifer) (Entered: 04/27/2005) |
| 05/05/2005 | 17 | MOTION for Reconsideration re 15 Order by Michael A. Faturoti.(Filo, Jennifer) (Entered: 05/05/2005) |
| 05/09/2005 | | Judge Judith G. Dein : Electronic ORDER entered denying 16 Petitioner's Motion for Extension of Time. The Petitioner is to appear in accordance with this court's order of 4/26/05. (Dambrosio, Jolyne) (Entered: 05/09/2005) |
| 05/16/2005 | 18 | MOTION to Dismiss *For Failure to Comply With Court Order* by Immigration and Customs Enforcement. (Attachments: # 1 Affidavit of Alton D. Saucier)(Grady, Mark) (Entered: 05/16/2005) |
| 05/16/2005 | 19 | Response by Michael A. Faturoti to Order on Motion for Extension of Time. (Filo, Jennifer) (Entered: 05/19/2005) |
| 05/20/2005 | | Judge Nancy Gertner : Electronic ORDER entered denying 17 Motion for Reconsideration since there is no basis to do so. (Gertner, Nancy) (Entered: 05/20/2005) |
| 05/20/2005 | | Judge Judith G. Dein : Electronic ORDER entered denying without prejudice Respondent's 18 Motion to Dismiss or for Other Appropriate Sanction. See Order Regarding Interview of this date. (Dambrosio, Jolyne) (Entered: 05/20/2005) |
| 05/20/2005 | 20 | Judge Judith G. Dein : ORDER REGARDING INTERVIEW entered. (Dambrosio, Jolyne) (Entered: 05/20/2005) |
| 05/23/2005 | 22 | RESPONSE to Motion re 18 MOTION to Dismiss *For Failure to Comply With Court Order* filed by Michael A. Faturoti. (Filo, Jennifer) (Entered: 05/25/2005) |
| | | |

| | | |
|---|---|---|
| 05/24/2005 | 21 | NOTICE by Immigration and Customs Enforcement re 20 Order (Grady, Mark) (Entered: 05/24/2005) |
| 05/31/2005 | 23 | Response by Michael A. Faturoti to Order Denying Motion for Reconsideration. (Filo, Jennifer) (Entered: 06/02/2005) |
| 06/16/2005 | 24 | Second MOTION to Dismiss *for Failure to Comply With Court Order* by Immigration and Customs Enforcement. (Grady, Mark) (Entered: 06/16/2005) |
| 06/16/2005 | 25 | MEMORANDUM in Support re 24 Second MOTION to Dismiss *for Failure to Comply With Court Order* filed by Immigration and Customs Enforcement. (Attachments: # 1 Exhibit 1 - Affidavit of Alton Saucier, dated May 12, 2005# 2 Exhibit 2- Order, dated May 20, 2005# 3 Exhibit 3 - Notice of Interview# 4 Exhibit 4 - Faturoti Response# 5 Exhibit 5 - Affidavit of Alton Saucier, dated June 14, 2005)(Grady, Mark) (Entered: 06/16/2005) |
| 07/01/2005 | 26 | Response by Michael A. Faturoti to 24 Second MOTION to Dismiss *for Failure to Comply With Court Order*. (Filo, Jennifer) (Entered: 07/01/2005) |
| 07/19/2005 | 27 | Judge Judith G. Dein: Scheduling ORDER entered. Respondent to file supplemental response to petitioner's request for judicial review by 9/1/05. Petitioner to file supplemental response by 9/15/05. (Irwin, Nancy) (Entered: 07/19/2005) |
| 07/29/2005 | 28 | Response by Michael A. Faturoti to 27 Scheduling Order. (Filo, Jennifer) (Entered: 07/29/2005) |
| 08/24/2005 | 29 | MOTION for Extension of Time to September 13, 2005 to File *Memorandum* by Immigration and Customs Enforcement. (Grady, Mark) (Entered: 08/24/2005) |
| 08/25/2005 |  | Judge Judith G. Dein : Electronic ORDER entered granting 29 Respondent's Motion for Extension of Time. Respondent's supplemental response shall be filed by 9/13/05; Petitioner's supplemental response shall be filed by 9/29/05. (Dambrosio, Jolyne) (Entered: 08/25/2005) |
| 09/06/2005 | 30 | MOTION for District Judge to proceed with action inspite of Judge Dein's electronic order by Michael A. Faturoti.(Filo, Jennifer) (Entered: 09/09/2005) |
| 09/06/2005 | 31 | MOTION to have a copy of court decision on petition by |

| | | |
|---|---|---|
| | | Michael A. Faturoti.(Filo, Jennifer) (Entered: 09/09/2005) |
| 09/13/2005 | 32 | Response by Immigration and Customs Enforcement to 27 Scheduling Order. (Grady, Mark) (Entered: 09/13/2005) |
| 09/28/2005 | 33 | MOTION to ignore re 32 Response by Michael A. Faturoti. (Filo, Jennifer) (Entered: 09/28/2005) |
| 10/17/2005 | | Judge Judith G. Dein : Electronic ORDER entered denying 33 Petitioner's Motion to Ignore 32 Respondent's Response. (Dambrosio, Jolyne) (Entered: 10/17/2005) |
| 10/19/2005 | 34 | Judge Judith G. Dein : ORDER entered. REPORT AND RECOMMENDATIONS re 24 Respondent's Second MOTION to Dismiss. Recommendation: that the Motion be denied without prejudice. Objections to R&R due by 11/2/2005.(Dambrosio, Jolyne) (Entered: 10/19/2005) |
| 10/25/2005 | 35 | Response of Michael A. Faturoti to Judge Dein's Order on Motion to Ignore Respondent's Response. (Elefther, Elizabeth) (Entered: 10/27/2005) |
| 10/31/2005 | 36 | Letter/request (non-motion) from Petitioner. (Filo, Jennifer) (Entered: 11/03/2005) |
| 11/18/2005 | | Judge Nancy Gertner : Electronic ORDER entered adopting Report and Recommendations re 34 Report and Recommendations., denying 24 Motion to Dismiss without prejudice. (Gertner, Nancy) (Entered: 11/18/2005) |
| 11/21/2005 | | Electronic NOTICE of Hearing: Status Conference set for 12/14/2005 03:00 PM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Dambrosio, Jolyne) (Entered: 11/21/2005) |
| 12/14/2005 | | Clerk's Notes for proceedings held before Judge Judith G. Dein : Status Conference held on 12/14/2005. AUSA Grady; Pro Se Faturoti has failed to appear today; AUSA Grady will file motions. (Court Reporter DR.) (Quinn, Thomas) (Entered: 12/23/2005) |
| 12/21/2005 | 37 | Third MOTION to Dismiss *for Failure to Comply with Court Orders* by Immigration and Customs Enforcement.(Grady, Mark) (Entered: 12/21/2005) |
| 12/21/2005 | 38 | MEMORANDUM in Support re 37 Third MOTION to Dismiss *for Failure to Comply with Court Orders* filed by Immigration and Customs Enforcement. (Grady, Mark) |

| | | |
|---|---|---|
| | | (Entered: 12/21/2005) |
| 12/29/2005 | 39 | RESPONSE to Motion re 37 Third MOTION to Dismiss *for Failure to Comply with Court Orders* filed by Michael A. Faturoti. (Filo, Jennifer) (Entered: 01/04/2006) |
| 01/11/2006 | 40 | Letter/request (non-motion) from Michael A. Faturoti to Judge Young re: status of case. (Filo, Jennifer) (Entered: 01/18/2006) |
| 01/19/2006 | 41 | Judge Judith G. Dein : ORDER entered. REPORT AND RECOMMENDATIONS re 37 Defendant's Third MOTION to Dismiss for Failure to Comply with Court Orders. Recommendation: that the Motion be allowed. Objections to R&R due by 2/2/2006.(Dambrosio, Jolyne) (Entered: 01/19/2006) |
| 01/26/2006 | 42 | Response by Michael A. Faturoti to 41 REPORT AND RECOMMENDATIONS re 37 Third MOTION to Dismiss *for Failure to Comply with Court Orders* filed by Immigration and Customs Enforcement, Recommendation: that the Motion be allowed.. (Filo, Jennifer) (Entered: 02/03/2006) |
| 02/03/2006 | | Judge Nancy Gertner : Electronic ORDER entered granting 37 Motion to Dismiss, adopting Report and Recommendations re 41 Motion to Dismiss. (Gertner, Nancy) (Entered: 02/03/2006) |
| 02/15/2006 | 43 | Response by Michael A. Faturoti to Order on Motion to Dismiss, Order on Report and Recommendations. (Filo, Jennifer) (Entered: 02/24/2006) |
| 03/14/2006 | 44 | Judge Nancy Gertner: ORDER entered. (Filo, Jennifer) (Entered: 03/16/2006) |
| 03/23/2006 | 45 | NOTICE OF APPEAL as to 44 Order by Michael A. Faturoti. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 4/12/2006. (Filo, Jennifer) (Entered: 03/28/2006) |