04-11791
USDC/MA
Gertner

# United States Court of Appeals
## For the First Circuit

No. 06-1728

MICHAEL A. FATUROTI,

Petitioner, Appellant,

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,

Respondent, Appellee.

**JUDGMENT**

Entered: August 10, 2006
Pursuant to 1st Cir. R. 27(d)

By notice issued June 30, 2006 and July 18, 2006, appellant was notified that he was in default for failure to file an opening brief. Appellant was warned that unless he filed a brief by August 1, 2006, his appeal would be dismissed for lack of diligent prosecution.

Appellant having failed to file a brief, it is hereby ordered that the above-captioned appeal be dismissed in accordance with Loc. R. 45(a) and 3(b).

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 10/3/06

By the Court:
Richard Cushing Donovan, Clerk

By:_____
Operations Manager

[cc: Michael A. Faturoti, Mark Jon Grady, AUSA]